UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-20087-MOORE/D'ANGELO
CASE NO. _____

IN RE SEALED INDICTMENT
_____/

FILED BY ____BM____ D.C.
Feb 27, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTION TO SEAL**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, Arrest Warrant, this Motion, the resulting Order, and any other related document be SEALED until the arrest of the defendant or further Order of this Court. Should this Indictment become public prior to the arrest of the defendant, the named defendant might flee. The United States Attorney's Office and any relevant law enforcement agency, however, may obtain copies of the Indictment, Arrest Warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
DANIEL ROSENFELD
Assistant United States Attorney
Southern District of Florida
Court ID No. A5503081
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9268
E-mail: Daniel.Rosenfeld@usdoj.gov