UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA  
**25-CR-20087-MOORE/D'ANGELO**  
CASE NO._____

IN RE SEALED INDICTMENT

_____/

FILED BY ___BM,___ D.C.  
Feb 27, 2025  
ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - MIAMI

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment, Arrest Warrant, this Order, and any other related document, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, Arrest Warrant, and this Order shall be filed under seal until the arrest of the defendant or until further Order of this Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, Arrest Warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 27th day of February, 2025.

_____  
HONORABLE ELLEN F. D'ANGELO  
UNITED STATES MAGISTRATE JUDGE