# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:25-mj-00385-BT *SEALED* |
| | § | Other Dist. Docket No. 1:25-cr-20087-KMM |
| v. | § | Charge Pending: |
| | § | Southern District of Florida |
| SCOTT LEE HUSS (1) | § | Miami Division |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 26 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy

FILED BY____BM____D.C.
Mar 27, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of <BLANK>. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)** ☑ **Transfer**

☑ The government has produced a copy of the warrant, and

☑ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

☐ The defendant waived identity hearing.

☑ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:** ☑ **Preliminary Hearing**

☑ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

☐ There is probable cause to believe that the defendant committed the offense(s) charged.

☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)** **Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☒ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ The defendant should be detained.

  ☐ The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☒ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 26 day of March, 2025

                 _____
(Use Other Side for Return)      United States Magistrate Judge

CLOSED,DFTTERM,EXH−ADM,SEALED

# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:25−mj−00285−BT−1 *SEALED*
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 03/24/2025 |
| Other court case number: 1:25−cr−20087−KMM Southern District of Florida, Miami Division | Date Terminated: 03/26/2025 |

Assigned to: Magistrate Judge Rebecca Rutherford

**Defendant (1)**

**Scott Lee Huss**
*TERMINATED: 03/26/2025*
also known as
jryako
*TERMINATED: 03/26/2025*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Indictment: 18 u.s.c. § 1343; 1341; 1957; 915; 981(a)(l)(C); 982(a)(l); 982(a)(2)(A) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **George Leal−DOJ** |
| | | US Attorney's Office |
| | | 1100 Commerce St |

1

    3rd Floor  
    Dallas, TX 75242–1699  
    214–659–8600  
    Fax: 214–767–4913  
    Email: george.leal@usdoj.gov  
    *LEAD ATTORNEY*  
    *ATTORNEY TO BE NOTICED*  
    *Designation: US Attorney's Office*  
    *Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2025 | 1 | Rule 5 Indictment as to Scott Lee Huss (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Entered: 03/24/2025) |
| 03/24/2025 | 2 | MOTION for Detention and Continuance filed by USA as to Scott Lee Huss. (mcrd) (Entered: 03/24/2025) |
| 03/26/2025 | 3 | Minute Entry for proceedings held before Magistrate Judge Rebecca Rutherford: Initial Appearance as to Scott Lee Huss held on 3/26/2025. Date of Arrest: 3/24/2025. Defendant did not complete a financial affidavit and did not want an attorney appointed. (Exhibits admitted) Time in Court – :31. (Court Reporter: Digital File) (mcrd) Modified on 3/27/2025 (mcrd). (Entered: 03/27/2025) |
| 03/26/2025 | 4 | *SEALED* SEALED Defendant's Exhibit List from Initial Appearance held 3/26/2025 as to Scott Lee Huss. (mcrd) (Entered: 03/27/2025) |
| 03/26/2025 | 5 | ELECTRONIC ORDER As to Scott Lee Huss: by this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge Rebecca Rutherford on 3/26/2025) (mcrd) (Entered: 03/27/2025) |
| 03/26/2025 | 6 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Scott Lee Huss. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to U.S. Dist. Court for S. Dist. of Florida, Miami Div. (CRD emailed documents) (Ordered by Magistrate Judge Rebecca Rutherford on 3/26/2025) (mcrd) (Entered: 03/27/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**SCOTT LEE HUSS**<br>  a/k/a/ "jryako," | NO. 3:25-MJ-285-BT |

## **MOTION FOR DETENTION AND CONTINUANCE**

The United States moves for pre-trial detention of defendant, **SCOTT LEE HUSS,** pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

  \_\_\_\_\_   Crime of violence (18 U.S.C. §3156);

  \_\_\_\_\_   Maximum sentence life imprisonment or death

  \_\_\_\_\_   10 + year drug offense

  \_\_\_\_\_   Felony, with two prior convictions in above categories

  \_X\_\_   Serious risk defendant will flee

  \_X\_\_   Serious risk obstruction of justice

  \_\_\_\_\_   Felony involving a minor victim

  \_\_\_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

  \_\_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention and Continuance - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u> X </u>  Defendant's appearance as required

   <u> X </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   <u>     </u>  Probable cause to believe defendant committed 10+ year drug

      offense or firearms offense,

   <u>     </u>  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   <u>     </u>  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   <u>     </u>  Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   <u>     </u>  At first appearance

   <u> X </u>  After continuance of <u> 3 </u> days (not more than 3).

**Motion for Detention and Continuance - Page 2**

DATED this 24TH day of MARCH, 2025.

                                       Respectfully submitted,

                                       CHAD E. MEACHAM
                                       ACTING UNITED STATES ATTORNEY

                                       */s/ George Leal*
                                       GEORGE LEAL
                                       Assistant United States Attorney
                                       Teas State Bar No. 0079450
                                       1100 Commerce Street, Third Floor
                                       Dallas, Texas 75242-1699
                                       Telephone: 214-659-8660
                                       Facsimile: 214-659-8803
                                       E-mail: George.Leal@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure after the defendant is arrested and counsel is assigned.

                                       /s/ George Leal
                                         GEORGE LEAL
                                         Assistant United States Attorney

**Motion for Detention and Continuance - Page 3**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: REBECCA RUTHERFORD | |
|---|---|
| DEPUTY CLERK: L. Price | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 1:49 - 2:20 |
| A.M.                        P.M. | DATE: March 26, 2025 |

☐ MAG. NO.    ☐ DIST. CR. NO. 3:25-mj-00285-BT *SEALED*    USDJ Magistrate Judge Rebecca Rutherford

UNITED STATES OF AMERICA    §        George Leal            , AUSA
                            §
v.                          §  _____ ☐
                            §
                            §  _____ ☐
SCOTT LEE HUSS (1)          §  COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT  ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 3/24/25
☐ RULE 5/32  ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☐ WITH  ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☑ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☐ DEFT  ☐ MW  REMANDED TO CUSTODY.
☑ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE  ☑ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 26 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy









24





Case 1:25-cr-20025-KMM *SEALED* Document 5 Entered on FLSD Docket 06/27/2025 Page 15 of 16
Case 1:25-cr-20025-KMM *SEALED* Document 7 Entered on FLSD Docket 03/20/2025 PageID 25



```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Rebecca Rutherford (casey_brogan@txnd.uscourts.gov,
feriale_millen@txnd.uscourts.gov, judge_rutherford_ecfdocs@txnd.uscourts.gov,
lavenia_price@txnd.uscourts.gov, stacy_stevens@txnd.uscourts.gov,
tim_doolin@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:16198697@txnd.uscourts.gov
Subject:Activity in Case 25-285 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 3/27/2025 at 11:42 AM CDT and filed on 3/26/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | <u>3:25-mj-00285-BT *SEALED*</u> |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**ELECTRONIC ORDER As to Scott Lee Huss: by this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.**

**This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge Rebecca Rutherford on 3/26/2025) (mcrd)**

**3:25-mj-00285-BT *SEALED*-1** <span style="color:red">**No electronic public notice will be sent because the case/entry is sealed.**</span>

28