# MINUTE ORDER

Page 7

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4                Date: 4/11/25    Time: 2:00 p.m.

**Defendant:** Scott Lee Huss        **J#:** 68473-511    **Case #:** 25-CR-20087-MOORE/D'ANGELO(SEALED)

**AUSA:** Daneil Rosenfeld            **Attorney:** Elizabeth Blair – AFPD (Standby)

**Violation:** Wire Fraud. Mail Fraud. Money Laundering. Impersonating a Foreign Diplomat, Consul or Official

**Surr/Arrest Date:** 03/24/25    **YOB:** 1997

**Proceeding:** Initial Appearance        **CJA Appt:** Elizabeth Blair – AFPD (Stanby)

**Bond/PTD Held:** ☐ Yes  ☐ No    **Recommended Bond:** Pretrial Detention

**Bond Set at:** _____    **Co-signed by:** _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

**Language:** English

**Disposition:** Defendant sworn and advised of rights. Government's Ore Tenus motion to unseal Indictment – Granted. The court appointed AFPD on standby. The Government's Ore Tenus request for PTD Hearing – Granted.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

**Report RE Counsel:** 4/16/25 @ 10 am MIAMI DUTY
**PTD/Bond Hearing:** 4/16/25 @ 10 am MIAMI DUTY
**Prelim/Arraign or Removal:** 4/16/25 @ 10 am MIAMI DUTY
**Status Conference RE:** _____
**D.A.R.** 15:16:22/16:02:57        **Time in Court:** 18 mins

s/Ellen F. D'Angelo                Magistrate Judge