Honorable Judge K. Michael Moore
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128



RE: SCOTT LEE HUSS Jr. – Request for Pretrial Release to Family Custody

April 1, 2025

Ellen Harvey
1018 Tropical Ave. NW
Port Charlotte, Florida 33948

Dear Judge Moore,                    25-CR-20087

I am writing to you respectfully as the mother of Scott Lee Huss Jr., who is currently detained in federal custody under Case No. ~~24-CR-20001~~-MOORE. I am fully aware of the charges pending against my son and the seriousness of the situation, and I wish to formally offer my support and request that he be considered for pretrial release under my care and supervision.

Scott has no prior criminal history and has always maintained close ties with his family. He has never demonstrated any violent behavior, nor is he a danger to the public. I am deeply concerned about his current health conditions while in custody, including the fact that he has not received his medically necessary prescriptions and has severe dietary restrictions that are not accommodated.

Respectfully, I would like to offer my home in Port Charlotte, Florida, as a secure residence for my son during the pendency of this case. If granted release, he will reside with me at:

Ellen Harvey
1018 Tropical Ave. NW
Port Charlotte, Florida 33948

I am fully willing to act as a third-party custodian, ensuring that Scott complies with all court orders, conditions of release, and appearances. He is not a flight risk, and I believe that under my supervision, he will abide by all legal obligations and appear for all future court dates.

I respectfully request the Court to consider releasing Scott on reasonable conditions so that he may address his medical needs and prepare a defense while under the care and supervision of his family. I remain available to the Court and Pretrial Services for any further information or verification.

**SCANNED**

Thank you for considering my request,

Respectfully submitted,

*Ellen Harvey*

Ellen Harvey

1018 Tropical Ave. NW

Port Charlotte FL 33948

941-456-0481/Email: ellen000089@hotmail.com

State of Florida            County of Charlotte
The foregoing instrument was acknowledged before me via ☑ physical presence   OR   ☐ online notarizations this 1st day of April, 20 25.
By Ellen Harvey
Personally known ✓ OR produced identification _____
Type of identification produced _____
Laura D. McCarthy
NOTARY NAME HERE / Notary Public
My Commission Expires February 18, 2029



LAURA D. MCCARTHY
Commission # HH 604579
Expires February 18, 2029

Print Form

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE#: _____   DATE: 4/4/25

Pursuant to the Local Rules of this courts, the enclosed document(s) is/are being returned for the reason(s) indicated below:

☐ You failed to provide the case number on the document and we are unable to determine the case number from our records.

☐ The case is assigned to another court. Send the documents to that court.

☐ The enclosed discovery items are not accepted by this Court. Local Rule 26.1.B.

☐ Your Motion is being returned for the lack of fee in the amount of _____

($75.00 per attorney per case). Local Rule 4.B. and Administrative Order 96-91.

☐ Your envelopes are being returned because the Judge assigned to this case is in the Faxback Program and does not require envelopes.

☐ We are having a difficult time telling from your submission exactly what you want the Court to do, if anything. If you feel that you have been legally wronged or injured in a way the Court can redress, please file a formal complaint with the Court (filing requirement booklet attached).

☒ Other: The case number provided is incorrect and does not belong to defendant listed on document. Please send document to correct court.

Please See corrected Case # 25-CR-20087 - Thank You Ellen Harvey

Angela E. Noble
Court Administrative • Clerk of Court
By: _____
Deputy Clerk

☐ Key West
301 Simonton St.
Key West, FL 33040
305-296-8100

☒ Miami Room 8N09
400 N. Miami Ave
Miami, FL 33128
305-523-5100

☐ Fort Lauderdale
299 E. Broward Blvd
Ft. Lauderdale, FL 33301
954-769-5400

☐ West Palm Beach
701 Clematis St.
W.P. Beach FL, 33401
561-803-3400

☐ Fort Pierce
300 South. 6th Street
Ft. Pierce, FL 34950
772-467-2300

Ellen Harvey
1018 Tropical Ave NW
Pt Charlotte, FL 33948

Honorable Judge K Michael Moore
US District Ct
S. District of FL
400 North Miami Ave
Miami FL 33128