**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20087-MOORE**

**UNITED STATES OF AMERICA,**

vs.

**SCOTT LEE HUSS,**

      **Defendant.**
_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Robin W. Waugh, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                    Respectfully submitted,

                    **HAYDEN P. O'BYRNE**
                    **UNITED STATES ATTORNEY**

By:    *s/ Robin W. Waugh*
          Robin W. Waugh
          Assistant United States Attorney
          Florida Bar No. 0537837
          500 S. Australian Ave., Suite 400
          West Palm Beach, FL 33401
          Telephone: (561) 209-1042
          E-mail: Robin.Waugh@usdoj.gov