# COURT MINUTES

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**  **Date:** 4/16/2025  **Time:** 10:00 a.m.

---

**Defendant:** Scott Lee Huss    **J#:** 68473-511    **Case #:** 25-CR-20087-MOORE

**AUSA:** Daniel Rosendfeld    **Attorney:** AFPD (Standby); Elizabeth Blair

**Violation:** Wire Fraud; Mail Fraud; Money Laundering; Impersonating a Foreign Diplomat, Consul or Official

**Proceeding:** Report Re: Counsel; Detention Hearing; Arraignment    **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☐ No    **Recommended Bond:** Pretrial Detention

**Bond Set at:**    **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:**
Brady Order Not Given. Defendant present before the court.

Court sets Faretta Hearing.

Time from today to ___ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   **Date:**   **Time:**   **Judge:**   **Place:**

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
**STATUS: Faretta hearing:** 4/18/25    1:30 PM    DUTY JUDGE    MIAMI

**D.A.R.** 12:28:54    **Time in Court:** 14 mins