# MINUTE ORDER

Page 12

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**   Date: 4/18/25   Time: 1:30 p.m.

Defendant: Scott Lee Huss   J#: 68473-511   Case #: 25-CR-20087-MOORE

AUSA: Daniel Rosenfeld   Attorney: AFPD; Elizabeth Blair

Violation: Wire Fraud. Mail Fraud. Money Laundering. Impersonating a Foreign Diplomat, Consul or Official   Surr/Arrest Date:   YOB:

Proceeding: Report RE: Status Conference   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:

Disposition:
 *Brady Order Not Given
 *Defendant not present- case reset*

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:

**PTD**/Bond Hearing: **4/23/25**   **2PM**   **LETT**   **MIAMI**

Prelim/Arraign or Removal:

Status Conference RE: **FARETA**   **4/23/25**   **2PM**   **LETT**   **MIAMI**

D.A.R. **14:16:56**   Time in Court: **2 mins**

s/Enjolique A. Lett   Magistrate Judge