| | |
|---|---|
| **From:** | ellen harvey |
| **To:** | FLSDdb_efile Lett; |
| **Subject:** | Honorable Judge Lett, please help! |
| **Date:** | Saturday, April 19, 2025 10:38:36 AM |

**CAUTION - EXTERNAL:**

I was in Judge Lett's courtroom and do not know where else to turn to ask for help.
Judge Lett seems fair and caring.

My son was before her on Wednesday, case # 25-CR-20087, Scott Huss.
He was supposed to return on Friday but was not called in.

My request is for help with the jail.
There is **no working toilet** and the men poop on the floor.
He has been in lock down and so they must stay in the cell.
Now, has an infection in his eye.
I am sure they will all get sick from this situation which has been going on for the past week.
 I think if Judge Lett could let someone know- she may help treat these prisoners as people, not animals.

I have emailed the exec. Assistant at the S Bop and Elizabeth Blair, the stand by counsel.
I called but no one will answer at the prison.
Please help me find a way to keep the prisoners safe.

Thank you,
Ellen Harvey

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.