# SEALED

## IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT FOR FLORIDA

### ON THE GREAT PUBLIC RECORD

**THE UNITED STATES OF AMERICA**
**U.S. DISTRICT PROSECUTORS**
**SOUTHERN DISTRICT OF FLORIDA**
Hayden Byrne - Lead Prosecuting Attorney,
Daniel Rosenfeld – Assistant Prosecuting Attorney
Petitioner,

v.

**SCOTT LEE HUSS**
**Scott as third-party intervenor**
**DBA SCOTT HUSS LIVING TRUST**
Counter-Petitioner.

```
FILED BY_____D.C.

APR 2 2 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

Case No.: **25-CR-20087**

## NON-NEGOTIABLE EMERGENCY NOTICE OF EQUITABLE SUBROGATION EXPRESSING MY WILL AND WISHES OF SURETYSHIP, EXPRESSING COMPETENCY, COUNTER-PETITION, MOTION FOR IMMEDIATE RELEASE, AND MOTION TO DISMISS AND SEAL WITH EXTREME PREJUDICE

Comes Now, I Am that I Am, Scott, the third party of real interest, subrogee in exclusive equity, only here by special appearance and only by invitation to settle the matter as a visitor, on jus soli, sui juris, of the age of majority, of sound mind and competent to handle my affairs, with good intentions, with clean hands, under the divine creator, under the organic constitution of December 15, 1791, rebutting all the presumptions of the Roman cult in accordance with canon 3228, expressing suretyship as the third party, subrogee, grantor, guardian, donor, executor, master, beneficiary and heir, not an enemy of the state, nor a friend of an enemy of the state, a divine being, in pro se Triformis, implied surety, expressing this notice is on The Great Public Record of One Heaven not a private guild matter, demanding to examine your public oaths and bonds -accepted for special deposit, and I Am Appointing by invocation and incantation each bar member as Trustees by the Power of Appointment; I Am a private American civilian claiming my unalienable rights with due process, I've accepted and endorsed the charging instruments by special deposit and have a counter-bond currently at Miami USPS (registered security RF 514 552 594 US) on it's way and a copy of it attached herein for ten billion dollars that is also my exclusive equity title, that is also a non-negotiable order for my immediate release of my name, mind, body and soul, that is a tendered payment to the court for redemption, subrogation, indemnification and buy-back and it is evidence that the corporate

bar guild and FDC Miami are not my custodians or guardians and that I am not a ward of the court or incompetent.

I Am Motioning and Ordering the court to dismiss the charges and entire case, seal it, expunge it and release my body from FDC Miami immediately with extreme prejudice.

I Am Ordering you to collapse the constructive trust under the doctrine of trust merger as I have expressed my will and wishes with extreme prejudice!

You've been Ordered multiple times and are in grave dishonor and default and are not immune to being charged any amount I deem necessary for damages and injuries to my flesh and blood, you are not immune from being defaulted or bonded or liened of all titles, interest, liberty and life in each bar members private capacities or for acting as Executor De Son Torts over my Living Trust/Estate without my consent or permission in violation of my living will.

I will not be pleading Guilty or Not Guilty on the performance bond, as I accept the performance bond for value and consideration for special deposit for return of settlement and closure of the case. I will not offer my signature for sentencing to be held as collateral to debt.

## SOLOMN PRAYER OF ROGATION FOR RELIEF AND ORDERS

Petitioner respectfully Requests, Prays and Orders that this Court:

- **IT IS ORDERED:** THIS NON-NEGOTIABLE EMERGENCY NOTICE OF EQUITABLE SUBROGATION EXPRESSING MY WILL AND WISHES OF SURETYSHIP, EXPRESSING COMPETENCY, COUNTER-PETITION, MOTION FOR IMMEDIATE RELEASE, AND MOTION TO DISMISS AND SEAL WITH EXTREME PREJUDICE IS ACCEPTED AND PERFORMED UPON RECEPTION.

- **IT IS ORDERED:** the complete dismissal of charges and sealing of the criminal case as the facts stated herein warrant it along with the immediate release of my body from FDC Miami Jail upon reception of this Sovereign Rogation.

- **IT IS ORDERED:** the return of all property stolen by agents posing unlawfully as government and return all interest and notes and bonds that belong to me.

- **IT IS ORDERED:** to collapse the constructive trust under the doctrine of trust merger as I have expressed my will and wishes with extreme prejudice!

## IT IS ORDERED WITH EXTREME PREJUDICE.

All unalienable rights reserved and never waived. Violators agree to immediately forfeit his rights, title and interest, up to and including his life if necessary for crimes not limited to high

treason, personage, peonage, unvoluntary slavery, human trafficking, tax evasion, security fraud, and other crimes. **Non-negotiable.**

## AFFIRMATION

I declare under the laws of the Divine Creator that the foregoing is true and correct.

## CERTIFICATE OF SERVICE

I certify that I served this document on the clerk and judge of the Southern District of Florida U.S. District Court and prosecutors.

**Clerk Angela E Noble and Chief Judge K. Michael Moore**

Southern District of Florida U.S. District Court

400 North Miami Ave RM 13-1

Miami FL 33128

**Prosecutor/Solicitors: Hayden Byrne - Lead Prosecuting**

**Attorney, Daniel Rosenfeld – Assistant Prosecuting Attorney**

Unites States Attorney's Office

99 N. E. 4th Street

Miami, FL 33132

Fax: 305-530-7679

USAFLS.News@usdoj.gov

**Date: 4/21 /25**

By:_____:Scott:, R. Master

By: Scott, third party, subrogee, grantor,
beneficiary, executor, master, heir, guardian,
I Am that I Am, with all rights of Regis
reserving all of my unalienable rights

# Avouchment

Be it known, a notary public or other officer completing the certificate verifies only the identity of the individual signing the document, and not the truthfulness, accuracy, or validity of the document and does not constitute any adhesion, nor does it alter my status in any manner and does not grant entrance into any foreign jurisdiction, a benefit for minors and the incompetent whom I anticipate may become knowledgeable in the truth for the Law by our forefathers/foremothers and rise, so they will no longer be alienated from their true culture and Creator.

I, Ceclia Mercado as Power of Attorney for Scott Lee Huss do hereby avow under the penalty of perjury that this "NON-NEGOTIABLE EMERGENCY NOTICE OF EQUITABLE SUBROGATION" is true, correct, complete, certain and not misleading to the best of my knowledge, information, and conviction, and conveys the conditions set forth as I intend. Errors and omissions notwithstanding.

This is executed expressly without UNITED STATES [in the nature of 28 U.S.C. § 1746(1), in accord with Fed. R. Evid. 902(1)(B)].

Gwinnett County                                    )
                                                   ) av.
*Georgia, The United States of America*            )

I, as Notary Public, acting in good faith, witness and duly attest that the Wo/Man executing this document before me (a) proves to me to be the one authorized to use the person SCOTT LEE HUSS via sufficient evidence and (b) inscribed and avowed before me this, 17th day of April A.D. 2025 executed by My Signature and Seal, as authorized under my commission.

"*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.*" [U.S. Constitution, Article IV Relationships Between the States]

A photo copy has the same weight and strength as the wet ink signed genuine original.

Void where prohibited by law.

Without recourse. Without prejudice. All rights reserved. Non-assumpsit.

By: _____                    *(Seal/Stamp)*
        Notarial Official Signature
[18 U.S.C. § 1512 Tampering with a witness...]
[18 U.S.C. § 1519 Destruction, alteration, or falsification of records...]
[18 U.S.C. § 241 Conspiracy against rights]
[18 U.S.C. § 242 Deprivation of rights under color of law]

My Commission Expires: 09-27-2028



**Legal Notice**
I am a disinterested third-party to said matter and not a BAR attorney and this is not legal advice.

# Affidavit of Truth

I affirm under the Divine Creator that I am a son of Christ, I Am that I Am, Scott, the third party of real interest, subrogee in exclusive equity, only here by special appearance and only by invitation, on jus soli, sui juris, of the age of majority, of sound mind and competent to handle my affairs, with good intentions, with clean hands, under the divine creator, under the organic constitution of December 15, 1791, rebutting all the presumptions of the Roman cult in accordance with canon 3228, expressing suretyship as the third party, subrogee, grantor, guardian, donor, executor, master, beneficiary and heir, not an enemy of the state, nor a friend of an enemy of the state, a divine being, in pro se Triformis, implied surety, expressing this notice is on The Great Public Record of One Heaven not a private guild matter, demanding to examine your public oaths and bonds -accepted for special deposit, and I Am Appointing by invocation and incantation each bar member as Trustees by the Power of Appointment; I Am a private American civilian claiming my unalienable rights with due process, I've accepted and endorsed the charging instruments by special deposit and have a counter-bond currently at Miami USPS (registered security RF 514 552 594 US) and a copy attached herein for ten billion dollars that is also my exclusive equity title, that is also a non-negotiable order for my immediate release of my name, mind, body and soul, that is a tendered payment to the court for redemption, subrogation, indemnification and buy-back as evidence that the corporate bar guild and FDC Miami are not my custodians or guardians and that I am not a ward of the court or incompetent.

I affirm that I do not give the Bar Members of the Roman cult permission or consent to execute or raid or probate my living trust or Estate for private profit nor hold my name, mind, body or soul in custody against my living will.

An Affidavit of Truth unrebutted stands as Truth in Commerce. The BAR actors cannot rebut or refute a living man and therefore this affidavit stands as the absolute Truth.

Release my name, mind, body and soul without delay. With Extreme Prejudice.

Date: 4/21/25

By:___:Scott: ,R. Master

By: Scott, third party, subrogee, grantor,
beneficiary, executor, master, heir, guardian,
I Am that I Am,
with all rights of Regis
reserving all of my unalienable rights

# Avouchment

Be it known, a notary public or other officer completing the certificate verifies only the identity of the individual signing the document, and not the truthfulness, accuracy, or validity of the document and does not constitute any adhesion, nor does it alter my status in any manner and does not grant entrance into any foreign jurisdiction, a benefit for minors and the incompetent whom I anticipate may become knowledgeable in the truth for the Law by our forefathers/foremothers and rise, so they will no longer be alienated from their true culture and Creator.

I, Cecelia Mercado as Power of Attorney for Scott Lee Huss do hereby avow under the penalty of perjury that this "Affidavit of Truth" is true, correct, complete, certain and not misleading to the best of my knowledge, information, and conviction, and conveys the conditions set forth as I intend. Errors and omissions notwithstanding.

This is executed expressly without UNITED STATES [in the nature of 28 U.S.C. § 1746(1), in accord with Fed. R. Evid. 902(1)(B)].

Gwinnett County                                    )
                                                   ) av.
*Georgia, The United States of America*            )

I, as Notary Public, acting in good faith, witness and duly attest that the Wo/Man executing this document before me (a) proves to me to be the one authorized to use the person SCOTT LEE HUSS via sufficient evidence and (b) inscribed and avowed before me this, 17th day of April A.D. 2025 executed by My Signature and Seal, as authorized under my commission.

*"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State."* [U.S. Constitution, Article IV Relationships Between the States]

A photo copy has the same weight and strength as the wet ink signed genuine original.

Void where prohibited by law.

Without recourse. Without prejudice. All rights reserved. Non-assumpsit.

By: _____          *(Seal/Stamp)*          
    Notarial Official Signature
[18 U.S.C. § 1512 Tampering with a witness...]
[18 U.S.C. § 1519 Destruction, alteration, or falsification of records...]
[18 U.S.C. § 241 Conspiracy against rights]
[18 U.S.C. § 242 Deprivation of rights under color of law]

My Commission Expires: 09-27-2028

Instrument # CJBIBOE 900999-SH        Special Deposit Only

IRS/Treasury Exemption #547831442                **RF 514 552 594 US**

INTERNATIONAL BILL OF EXCHANGE          RF 514 552 594 US

BAIL, COUNTER-BOND ORDER, BUY-BACK, INDEMNITY AND SUBROGATION; EXCLUSIVE EQUITY TITLE FOR SCOTT LEE HUSS JR

NON-NEGOTIABLE BANKER'S ACCEPTANCE          MARCH THIRTY FIRST TWO THOUSAND TWENTY-FIVE

From the Office of:          Redeemable in Lawful Currency of Exchange (12 USC § 411)

The General Executor of the Trust/Estate          Date: MARCH 31, 2025

of CONNIE JOY BEDWELL.          Code 96, UNCITRAL RULES

Articles 1-7, 11-13, 46 sec. 3, 47 sec. 1, 53

Drawer and Location:          Federal Trace Exemption# G 88567529

Private Banker Executor Office          Account #: 547831442 Foreign #: 986094629

Connie Joy Bedwell, EX          Registered Security UCC-1 (AK) 2023-010793-1

9241 OLD STATE HIGHWAY #376

NEWCASTLE, NATION OF CALIFORNIA

"Without" the "United States" [28 U.S.C. § 1746(1)]          "As Good as Avail"

Payable on Demand, Non-Interest Rate Note Series #CJBIBOE-900999-SH          "Accord and Satisfaction"

Promise to Pay:          At: Sight Days After: N/A

The Bearer or the Order of UNITED STATES - as debt obligation          Amount: ($10,000,000,000.00)

for credit to:          **CERTIFIED FUNDS**

US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA, FOR BAIL, TENDER FOR SETTLEMENT AND CLOSURE, SET-OFF,          REMIT AT PAR VIA FEDWIRE

BUY-BACK, COUNTER-BOND, INDEMNITY AND SUBROGATION, EXCLUSIVE EQUITY TITLE FOR SCOTT LEE HUSS JR, SCOTT
L. HUSS JR NAME, MIND, BODY AND SOUL. SSA: 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, BIRTH CERTIFICATE: 109-1997-134989; FED ID: 68473-511 & ALL
COURT CASES #'S: 25-CR-20087-MOORE-D'ANGELO, OR ANY UNKNOWN BY SECRET, NON-NEGOTIABLE ORDER TO
IMMEDIATELY RELEASE UPON RECEPTION PRIVATE AMERICAN: :Scott's: BODY FROM ANY JAIL OR DETENTION CENTER,
SEAL THE ENTIRE CASE(S) FAILURE TO DO SO VIOLATERS AGREE TO FORFEIT THEIR RIGHTS, TITLE, INTEREST AND
INCLUDING THEIR LIFE IF NECESSARY FOR HIGH TREASON AND OTHER CRIMES. RECEPTION IS ACCEPTANCE. IT IS
ORDERED.

Amount:   TEN BILLION and ZERO CENTS

This Note [Non-Negotiable Instrument] is Legal Tender for all debts public and private, payable in United States Dollars [USD]
**Maker and Location: (31 United States Code § 3123) Private Banker, for and on behalf of THE CONNIE JOY BEDWELL ESTATE IRS ID # 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

By: _Connie, Bedwler, Subrogor_
:Connie-Joy: Master, Heir, Judge, Bailor, Beneficiary for
CONNIE JOY BEDWELL ESTATE TRUST Without Recourse

**TERMS**

This payment will be made against the obligations of the United States or assigns for settlement to that part of the public debt due to its Principles
and Sureties once delivered to recipient. This security is a counter-bond, buy-back, indemnity, subrogation, exclusive equity title as Master
Holder, satisfaction, setoff, and full settlement of original claimed debt; nullifies and voids same when accepted by the claimant's agent, recipient
has accepted this payoff, legal tender as full settlement setoff of claimed debt and settlement under FRCP, rule 8, the administrative Act of
1946, and agents, bilateral contracted security acceptance signatory or refusal of legally tendered payoff. This payoff is to be obtained on this
day from the ISSUER at: Department of the Treasury Office of Executive Secretary, 1500 Pennsylvania Avenue NW, Room 3413,
Washington, D.C. 20220.

This Instrument is backed by the full faith and Credit of the United States Government pursuant to 31 United States Code § 3123

Notes, Credit, Debt, Loans Payment/Payoff/Original Issue Discount          United States Treasury Registered Collateral Master Bond # RE 089 212 264 US

TENDER OF PAYMENT Uniform Commercial Code § 3-603(b)

This Certifies that:

I AM THAT I AM, :Connie-Joy:, Sui Juris for the CONNIE JOY BEDWELL (trust) Jus soli on dry land and a Registered Secured Party, Private
Banker, Private American, Perfected Security Interest Account Number: UCC-1 #2023-010793-1 hereby unconditionally promise to pay
$10,000,000,000.00 USD Depositor and BEARER the full amount specified by this collateral SECURITY, AS GOOD AS AVAIL., FULL
SETTLEMENT, AND SET OFF OF CLAIMED DEBT, and FOR VALUE RECEIVED. "seen" "A+ Security" Instrument # CJBIBOE 900999-SH
"CONSUMER PURCHASE" FUNDS FROM REDEMPTION ACCOUNT".

VOID WHERE PROHIBITED BY LAW

******** This Negotiable article VIII Security is payable in Lawful money per Title 12 United States Code § 411; Public Law 73-10, Chapter 48 Stat.§ 112;
and FEDERAL RESERVE ACT §16********

NOTICE: The purpose of this instrument is a tender of payment as a special deposit Order of the payor/Beneficiary, and to be credited to
Depositor's account for satisfaction and payment in full for settlement of any and all obligations and original must be returned to Master Holder
to hold exclusive equity title after deposit for her own deposit and holding.

Public Law 1, 48 Stat (March 9, 1933) Uniform Commercial Code § 3-104-A Article 75; and United Nations (UNCITRAL) Convention on
International Bills of Exchange and International Promissory Notes, Articles 2-10, 12, 13, 36, 39, 46(3), 47, & 55, An Obligation (debt) of the
United States (12 U.S.C. § 411; 18 U.S.C. § 8; 7 U.S.C. § 1928; 50 U.S.C. § 4305(b)(2))

Kan't Kopy® K1
Security Paper

- Hidden Pantograph
- Color Match
- Artificial Watermark
- Anti-Copy Coin Rub
- Erasure Protection
- Security Features Box
- Microprint Protection
- Acid Free

Kan't Kopy® K1
Security Paper

- Hidden Pantograph
- Color Match
- Artificial Watermark
- Anti-Copy Coin Rub
- Erasure Protection
- Security Features Box
- Microprint Protection
- Acid Free