**SEALED**

# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT FOR FLORIDA

## ON THE GREAT PUBLIC RECORD

**THE UNITED STATES OF AMERICA**
**U.S. DISTRICT PROSECUTORS**
**SOUTHERN DISTRICT OF FLORIDA**
Hayden Byrne - Lead Prosecuting Attorney,
Daniel Rosenfeld – Assistant Prosecuting Attorney
Petitioner,

v.

**SCOTT LEE HUSS**
Scott as third-party intervenor
**DBA SCOTT HUSS LIVING TRUST**
Counter-Petitioner.



FILED BY KP D.C.
APR 2 3 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No.: 25-CR-20087

## NON-NEGOTIABLE EMERGENCY NOTICE OF EQUITABLE SUBROGATION EXPRESSING MY WILL AND WISHES OF SURETYSHIP, EXPRESSING COMPETENCY, COUNTER-PETITION, MOTION FOR IMMEDIATE RELEASE, AND MOTION TO DISMISS AND SEAL WITH EXTREME PREJUDICE

Comes Now, I Am that I Am, Scott, the third party of real interest, subrogee in exclusive equity, only here by special appearance and only by invitation to settle the matter as a visitor, on jus soli, sui juris, of the age of majority, of sound mind and competent to handle my affairs, with good intentions, with clean hands, under the divine creator, under the organic constitution of December 15, 1791, rebutting all the presumptions of the Roman cult in accordance with canon 3228, expressing suretyship as the third party, subrogee, grantor, guardian, donor, executor, master, beneficiary and heir, not an enemy of the state, nor a friend of an enemy of the state, a divine being, in pro se Triformis, implied surety, expressing this notice is on The Great Public Record of One Heaven not a private guild matter, demanding to examine your public oaths and bonds -accepted for special deposit, and I Am Appointing by invocation and incantation each bar member as Trustees by the Power of Appointment; I Am a private American civilian claiming my unalienable rights with due process, I've accepted and endorsed the charging instruments by special deposit and have a counter-bond currently at Miami USPS (registered security RF 514 552 594 US) on it's way and a copy of it attached herein for ten billion dollars that is also my exclusive equity title, that is also a non-negotiable order for my immediate release of my name, mind, body and soul, that is a tendered payment to the court for redemption, subrogation, indemnification and buy-back and it is evidence that the corporate

bar guild and FDC Miami are not my custodians or guardians and that I am not a ward of the court or incompetent.

I Am Motioning and Ordering the court to dismiss the charges and entire case, seal it, expunge it and release my body from FDC Miami immediately with extreme prejudice.

I Am Ordering you to collapse the constructive trust under the doctrine of trust merger as I have expressed my will and wishes with extreme prejudice!

You've been Ordered multiple times and are in grave dishonor and default and are not immune to being charged any amount I deem necessary for damages and injuries to my flesh and blood, you are not immune from being defaulted or bonded or liened of all titles, interest, liberty and life in each bar members private capacities or for acting as Executor De Son Torts over my Living Trust/Estate without my consent or permission in violation of my living will.

I will not be pleading Guilty or Not Guilty on the performance bond, as I accept the performance bond for value and consideration for special deposit for return of settlement and closure of the case. I will not offer my signature for sentencing to be held as collateral to debt.

**SOLOMN PRAYER OF ROGATION FOR RELIEF AND ORDERS**

Petitioner respectfully Requests, Prays and Orders that this Court:

- **IT IS ORDERED**: THIS NON-NEGOTIABLE EMERGENCY NOTICE OF EQUITABLE SUBROGATION EXPRESSING MY WILL AND WISHES OF SURETYSHIP, EXPRESSING COMPETENCY, COUNTER-PETITION, MOTION FOR IMMEDIATE RELEASE, AND MOTION TO DISMISS AND SEAL WITH EXTREME PREJUDICE IS ACCEPTED AND PERFORMED UPON RECEPTION.

- **IT IS ORDERED**: the complete dismissal of charges and sealing of the criminal case as the facts stated herein warrant it along with the immediate release of my body from FDC Miami Jail upon reception of this Sovereign Rogation.

- **IT IS ORDERED**: the return of all property stolen by agents posing unlawfully as government and return all interest and notes and bonds that belong to me.

- **IT IS ORDERED**: to collapse the constructive trust under the doctrine of trust merger as I have expressed my will and wishes with extreme prejudice!

**IT IS ORDERED WITH EXTREME PREJUDICE.**

All unalienable rights reserved and never waived. Violators agree to immediately forfeit his rights, title and interest, up to and including his life if necessary for crimes not limited to high

treason, personage, peonage, unvoluntary slavery, human trafficking, tax evasion, security fraud, and other crimes. Non-negotiable.

**AFFIRMATION**

I declare under the laws of the Divine Creator that the foregoing is true and correct.

**CERTIFICATE OF SERVICE**

I certify that I served this document on the clerk and judge of the Southern District of Florida U.S. District Court and prosecutors.

**Clerk Angela E Noble and Chief Judge K. Michael Moore**

Southern District of Florida U.S. District Court

400 North Miami Ave RM 13-1

Miami FL 33128

**Prosecutor/Solicitors: Hayden Byrne - Lead Prosecuting Attorney, Daniel Rosenfeld – Assistant Prosecuting Attorney**

Unites States Attorney's Office

99 N. E. 4th Street

Miami, FL 33132

Fax: 305-530-7679

USAFLS.News@usdoj.gov

Date: 4/21 /25

By: :Scott:, R. Master

By: Scott, third party, subrogee, grantor, beneficiary, executor, master, heir, guardian, I Am that I Am, with all rights of Regis reserving all of my unalienable rights

## Affidavit of Truth

I affirm under the Divine Creator that I am a son of Christ, I Am that I Am, Scott, the third party of real interest, subrogee in exclusive equity, only here by special appearance and only by invitation, on jus soli, sui juris, of the age of majority, of sound mind and competent to handle my affairs, with good intentions, with clean hands, under the divine creator, under the organic constitution of December 15, 1791, rebutting all the presumptions of the Roman cult in accordance with canon 3228, expressing suretyship as the third party, subrogee, grantor, guardian, donor, executor, master, beneficiary and heir, not an enemy of the state, nor a friend of an enemy of the state, a divine being, in pro se Triformis, implied surety, expressing this notice is on The Great Public Record of One Heaven not a private guild matter, demanding to examine your public oaths and bonds -accepted for special deposit, and I Am Appointing by invocation and incantation each bar member as Trustees by the Power of Appointment; I Am a private American civilian claiming my unalienable rights with due process, I've accepted and endorsed the charging instruments by special deposit and have a counter-bond currently at Miami USPS (registered security RF 514 552 594 US) and a copy attached herein for ten billion dollars that is also my exclusive equity title, that is also a non-negotiable order for my immediate release of my name, mind, body and soul, that is a tendered payment to the court for redemption, subrogation, indemnification and buy-back as evidence that the corporate bar guild and FDC Miami are not my custodians or guardians and that I am not a ward of the court or incompetent.

I affirm that I do not give the Bar Members of the Roman cult permission or consent to execute or raid or probate my living trust or Estate for private profit nor hold my name, mind, body or soul in custody against my living will.

An Affidavit of Truth unrebutted stands as Truth in Commerce. The BAR actors cannot rebut or refute a living man and therefore this affidavit stands as the absolute Truth.

Release my name, mind, body and soul without delay. With Extreme Prejudice.

Date: 4/21/25

By: :Scott: ,R. Master
By: Scott, third party, subrogee, grantor,
beneficiary, executor, master, heir, guardian,
I Am that I Am,
with all rights of Regis
reserving all of my unalienable rights