Instrument # CJBIBOE 900999-SH         Special Deposit Only
IRS/Treasury Exemption #547831442      RF 514 552 594 US
INTERNATIONAL BILL OF EXCHANGE         RF 514 552 594 US

BAIL, COUNTER-BOND ORDER, BUY-BACK, INDEMNITY AND SUBROGATION; EXCLUSIVE EQUITY TITLE FOR SCOTT LEE HUSS JR

**NON-NEGOTIABLE BANKER'S ACCEPTANCE**         MARCH THIRTY FIRST TWO THOUSAND TWENTY-FIVE
From the Office of:                            Redeemable in Lawful Currency of Exchange (12 USC § 411)
The General Executor of the Trust/Estate
of CONNIE JOY BEDWELL.                         Date: MARCH 31, 2025
                                               Code 96, UNCITRAL RULES
Drawer and Location:                           Articles 1-7, 11-13, 46 sec. 3, 47 sec. 1, 53
Private Banker Executor Office                 Federal Trace Exemption# G 88567529
Connie Joy Bedwell, EX                         Account #: 547831442 Foreign #: 986094629
9241 OLD STATE HIGHWAY #376                    Registered Security UCC-1 (AK) 2023-010793-1
NEWCASTLE, NATION OF CALIFORNIA
"Without" the "United States" [28 U.S.C. § 1746(1)]       "As Good as Avail"
Payable on Demand, Non-Interest Rate Note Series #CJBIBOE-900999-SH   "Accord and Satisfaction"
Promise to Pay:                                At: Sight Days After: N/A
                                               Amount: ($10,000,000,000.00)
The Bearer or the Order of UNITED STATES - as debt obligation         **CERTIFIED FUNDS**
for credit to:                                 REMIT AT PAR VIA FEDWIRE

US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA, FOR BAIL, TENDER FOR SETTLEMENT AND CLOSURE, SET-OFF, BUY-BACK, COUNTER-BOND, INDEMNITY AND SUBROGATION, EXCLUSIVE EQUITY TITLE FOR SCOTT LEE HUSS JR, SCOTT L. HUSS JR NAME, MIND, BODY AND SOUL, SSA: 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, BIRTH CERTIFICATE: 109-1997-134989, FED ID: 68473-511 & ALL COURT CASES #'S: 25-CR-20087-MOORE-D'ANGELO, OR ANY UNKNOWN BY SECRET, NON-NEGOTIABLE ORDER TO IMMEDIATELY RELEASE UPON RECEPTION PRIVATE AMERICAN: :Scott's: BODY FROM ANY JAIL OR DETENTION CENTER, SEAL THE ENTIRE CASE(S) FAILURE TO DO SO VIOLATERS AGREE TO FORFEIT THEIR RIGHTS, TITLE, INTEREST AND INCLUDING THEIR LIFE IF NECESSARY FOR HIGH TREASON AND OTHER CRIMES. RECEPTION IS ACCEPTANCE. IT IS ORDERED.

**Amount:   TEN BILLION and ZERO CENTS**

This Note [Non-Negotiable Instrument] is Legal Tender for all debts public and private, payable in United States Dollars [USD]
**Maker and Location: (31 United States Code § 3123) Private Banker, for and on behalf of THE CONNIE JOY BEDWELL ESTATE IRS ID # 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

By: :Connie: Bedwell Subrogee
:Connie-Joy: Master, Heir, Judge, Bailor, Beneficiary for
CONNIE JOY BEDWELL ESTATE TRUST Without Recourse

**TERMS**

This payment will be made against the obligations of the United States or assigns for settlement to that part of the public debt due to its Principles and Sureties once delivered to recipient. This security is a counter-bond, buy-back, indemnity, subrogation, exclusive equity title as Master Holder, satisfaction, setoff, and full settlement of original claimed debt; nullifies and voids same when accepted by the claimant's agent, recipient has accepted this payoff, legal tender as full settlement setoff of claimed debt and settlement under FRCP, rule 8, the administrative Act of 1946, and agents, bilateral contracted security acceptance signatory or refusal of legally tendered payoff. This payoff is to be obtained on this day from the ISSUER at: Department of the Treasury Office of Executive Secretary, 1500 Pennsylvania Avenue NW, Room 3413, Washington, D.C. 20220.

This Instrument is backed by the full faith and Credit of the United States Government pursuant to 31 United States Code § 3123
Notes, Credit, Debt, Loans Payment/Payoff/Original Issue Discount     United States Treasury Registered Collateral Master Bond # RE 089 212 264 US
TENDER OF PAYMENT Uniform Commercial Code § 3-603(b)

This Certifies that:

I AM THAT I AM, :Connie-Joy:, Sui Juris for the CONNIE JOY BEDWELL (trust) Jus soli on dry land and a Registered Secured Party, Private Banker, Private American, Perfected Security Interest Account Number: UCC-1 #2023-010793-1 hereby unconditionally promise to pay $10,000,000,000.00 USD Depositor and BEARER the full amount specified by this collateral SECURITY, AS GOOD AS AVAIL, FULL SETTLEMENT, AND SET OFF OF CLAIMED DEBT, and FOR VALUE RECEIVED, "seen" "A+ Security" Instrument # CJBIBOE 900999-SH
"CONSUMER PURCHASE" FUNDS FROM REDEMPTION ACCOUNT
VOID WHERE PROHIBITED BY LAW

********This Negotiable article VIII Security is payable in Lawful money per Title 12 United States Code § 411; Public Law 73-10, Chapter 48 Stat.§ 112; and FEDERAL RESERVE ACT §16********

NOTICE: The purpose of this instrument is a tender of payment as a special deposit Order of the payor/Beneficiary, and to be credited to Depositor's account for satisfaction and payment in full for settlement of any and all obligations and original must be returned to Master Holder to hold exclusive equity title after deposit for her own deposit and holding.
Public Law 1, 48 Stat (March 9, 1933) Uniform Commercial Code § 3-104-A Article 75; and United Nations (UNCITRAL) Convention on International Bills of Exchange and International Promissory Notes, Articles 2-10, 12, 13, 36, 39, 46(3), 47, & 55, An Obligation (debt) of the United States (12 U.S.C. § 411; 18 U.S.C. § 8; 7 U.S.C. § 1928; 50 U.S.C. § 4305(b)(2))



Pay to the Order of
US District Court
Southern District of
Florida and
Credit the
Same to
"Connie Joy Bedwell"
Ex: 547831442
Master: 0892122
By: Connie: [illegible]
1/31/25

**Kan't Kopy® K1**
**Security Paper**

- Hidden Pantograph
- Color Match
- Artificial Watermark
- Anti-Copy Coin Rub
- Erasure Protection
- Security Features Box
- Microprint Protection
- Acid Free

**Kan't Kopy® K1**
**Security Paper**

- Hidden Pantograph
- Color Match
- Artificial Watermark
- Anti-Copy Coin Rub
- Erasure Protection
- Security Features Box
- Microprint Protection
- Acid Free

**Kan't Kopy® K1**
**Security Paper**

- Hidden Pantograph
- Color Match
- Artificial Watermark
- Anti-Copy Coin Rub
- Erasure Protection
- Security Features Box
- Microprint Protection
- Acid Free

**Kan't Kopy® K1**
**Security Paper**

- Hidden Pantograph
- Color Match
- Artificial Watermark
- Anti-Copy Coin Rub
- Erasure Protection
- Security Features Box
- Microprint Protection
- Acid Free

## Avouchment

Be it known, a notary public or other officer completing the certificate verifies only the identity of the individual signing the document, and not the truthfulness, accuracy, or validity of the document and does not constitute any adhesion, nor does it alter my status in any manner and does not grant entrance into any foreign jurisdiction, a benefit for minors and the incompetent whom I anticipate may become knowledgeable in the truth for the Law by our forefathers/foremothers and rise, so they will no longer be alienated from their true culture and Creator.

I, Ceclia Mercado as Power of Attorney for Scott Lee Huss do hereby avow under the penalty of perjury that this "NON-NEGOTIABLE EMERGENCY NOTICE OF EQUITABLE SUBROGATION" is true, correct, complete, certain and not misleading to the best of my knowledge, information, and conviction, and conveys the conditions set forth as I intend. Errors and omissions notwithstanding.

This is executed expressly without UNITED STATES [in the nature of 28 U.S.C. § 1746(1), in accord with Fed. R. Evid. 902(1)(B)].

Gwinnett County                              )
                                             ) av.
Georgia, The United States of America        )

I, as Notary Public, acting in good faith, witness and duly attest that the Wo/Man executing this document before me (a) proves to me to be the one authorized to use the person SCOTT LEE HUSS via sufficient evidence and (b) inscribed and avowed before me this, 17th day of April A.D. 2025 executed by My Signature and Seal, as authorized under my commission.

"*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.*" [U.S. Constitution, Article IV Relationships Between the States]

A photo copy has the same weight and strength as the wet ink signed genuine original.

Void where prohibited by law.

Without recourse. Without prejudice. All rights reserved. Non-assumpsit.

By: _____                    (Seal/Stamp)
    Notarial Official Signature
[18 U.S.C. § 1512 Tampering with a witness...]
[18 U.S.C. § 1519 Destruction, alteration, or falsification of records...]
[18 U.S.C. § 241 Conspiracy against rights]
[18 U.S.C. § 242 Deprivation of rights under color of law]

My Commission Expires: 09-27-2028



**Legal Notice**
I am a disinterested third-party to said matter and not a BAR attorney and this is not legal advice.

