# MINUTE ORDER

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**          Date: 4/23/25          Time: 2:00 p.m.

Defendant: Scott Lee Huss          J#: 68473-511     Case #: 25-CR-20087-MOORE

AUSA: Daniel Rosenfeld                    Attorney: AFPD; Elizabeth Blair (Standby)

Violation: Wire Fraud. Mail Fraud. Money Laundering.
Impersonating a Foreign Diplomat, Consul or Official          Surr/Arrest Date:          YOB:

Proceeding: Fareta /Detention Hearing          CJA Appt:

Bond/PTD Held: ○     ○          Recommended Bond:

Bond Set at: **Detained**                    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language: English

☐ Report to PTS as directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial
Services          _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to: _____

☐ Other: _____

| Disposition: |
| --- |
| **\*BRADY ORDER GIVEN\*** |
| |
| **\*Defendant Arraigned\*** |
| Defendant's Ore Tenus Motion to enter Standing Discovery Order – **GRANTED.** |
| |
| Gov't seeks Pretrial Detention due to risk of flight and obstruction of justice. |
| Detention hearing held. S/A Rodney Sanka sworn and testified. |
| |
| Defendant remanded to custody of USMS. |
| Time from today to _____ excluded from Speedy Trial Clock |

**NEXT COURT APPEARANCE**     Date:          Time:          Judge:               Place:

Report RE Counsel: _____

**PTD**/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 13:41:24;14:08:27 _____     Time in Court: **1hr 40mins**

s/Enjolique A. Lett                    Magistrate Judge