UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-20087-CR-MOORE/D'ANGELO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SCOTT LEE HUSS,

        Defendant.
_____/

## MOTION FOR STATUS CONFERENCE

    Undersigned counsel, on behalf of Mr. Scott Huss, respectfully requests a status conference for the Court to address Mr. Huss's concerns regarding his legal representation in this case. In furtherance of this request, undersigned states:

    1.    Mr. Huss is charged by indictment with six counts of wire fraud, in violation of 18 U.S.C. § 1343; two counts of mail fraud, in violation of 18 U.S.C. § 1341; one count of money laundering, in violation of 18 U.S.C. § 1957; and one count of impersonating a foreign diplomat, consul, or officer, in violation of 18 U.S.C. § 915. (DE 3).

    2.    Mr. Huss made his initial appearance in the Southern District of Florida on April 11, 2025. (DE 12). On the same day, the Office of the Federal Public Defender was appointed as standby counsel. (*Id.*). On April 23, 2025, a detention hearing was held, and Mr. Huss was ordered detained. (DE 26). He was arraigned on the

indictment the same day. Undersigned counsel remained as standby counsel. (*Id.*). No *Faretta* inquiry was conducted.

3. This Court scheduled trial for the two-week period commencing June 2, 2025, and Calendar Call on May 29, 2025. (DE 27).

4. On April 25, 2025, undersigned counsel had a legal visit with Mr. Huss at FDC. During that meeting, he indicated he would like to represent himself in this case.

5. Undersigned counsel has conferred with AUSA Daniel Rosenfeld, who represented that he does not object to a status conference being scheduled to address representation issues at this time.

WHEREFORE, undersigned counsel respectfully requests a status conference, with Mr. Huss present, to address his concerns regarding legal representation.

                Respectfully Submitted,

                HECTOR A. DOPICO
                FEDERAL PUBLIC DEFENDER

By:   */s/ Elizabeth Blair*
       Elizabeth Blair
       Assistant Federal Public Defender
       Florida Bar No.: 0106280
       150 W. Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel: (305) 530-7000
       E-mail: Elizabeth_Blair@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **April 25, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Elizabeth Blair*
Elizabeth Blair