UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-20087-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT LEE HUSS,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The Federal Defender's Office for the Southern District of Florida gives notice that Assistant Federal Public Defender Abigail Becker is appearing as counsel in this case.

Respectfully Submitted,

**HECTOR A. DOPICO**
**FEDERAL PUBLIC DEFENDER**

By:   */s/ Elizabeth Blair*
Elizabeth Blair
Assistant Federal Public Defender
Florida Bar No.   106280
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Email: elizabeth_blair@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY certify that on **April 28, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           */s/Elizabeth Blair*
                                            Elizabeth Blair