UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-20087-CR-MOORE

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SCOTT LEE HUSS,

     Defendant.

_____/

## NOTICE OF STRIKING DE 30

The Defendant, Scott Lee Huss, by and through undersigned counsel, hereby files a Notice of Striking of DE 30 filed on April 28, 2025.

Respectfully Submitted,

**HECTOR A. DOPICO**
**FEDERAL PUBLIC DEFENDER**

By:    */s/ Elizabeth Blair*
       Elizabeth Blair
       Assistant Federal Public Defender
       Florida Bar No.   106280
       150 W. Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel: (305) 530-7000
       Email: elizabeth_blair@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 29, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   */s/Elizabeth Blair*
Elizabeth Blair