UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-20087-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT LEE HUSS,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The Federal Defender's Office for the Southern District of Florida gives notice that Assistant Federal Public Defender Elizabeth Blair is appearing as counsel in this case.

Respectfully Submitted,

**HECTOR A. DOPICO**
**FEDERAL PUBLIC DEFENDER**

By:   */s/ Elizabeth Blair*
      Elizabeth Blair
      Assistant Federal Public Defender
      Florida Bar No.   106280
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel: (305) 530-7000
      Email: elizabeth_blair@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY certify that on **April 29, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/Elizabeth Blair*
                                            Elizabeth Blair