PRIVATE NON-NEGOTIABLE EMERGENCY WRIT OF EXECUTION FOR HABEAS CORPUS IN CAMERA

Private, Special, Confidential, Rogation, Equitable Subrogation, On the Great Public Record

ATTENTION CHAMBERS OF THE FAMILIAR:
JUDGE K.M. MOORE AND CLERK ANGELA E NOBLE
[RE: SCOTT LEE HUSS JR/SCOTT L. HUSS JR]
FEDERAL ID: 68473-511

March 29, 2025

RF 514-552 594 US

FILED BY _____ D.C.
MAY 0 1 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

25CR20087

    I am that I am, UCA, :connie:, privately contracted Power of Attorney, Subrogor, over the living man :scott:, sovereign, under the Organic Constitution of December 15, 1791 with unalienable rights and under the divine creator and Yahshua Mashiach, under tara, by my own prerogative, I Am herein issuing this emergency writ to release :scott:.

    I Am accepting your oaths and bonds for special deposit, expressing suretyship, and appointing you each as trustee and expressing :scott: as beneficiary over the principle account SCOTT LEE HUSS. Collapse the trust under trust merger and grant him remedy as a private American and ambassador of Christ.

    I Am respectfully Ordering you to release :scott:'s body immediately upon reception of this Non-Negotiable Order and True Bill for Ten Billion Dollars whom is being held at the detention center in Limestone County Texas being transported to a jail in Miami.

    I have attached an International Bill of Exchange, Counter-Bond for special deposit and peace offering to hold harmless if executed immediately, as well as for other purposes and Non-Negotiable Orders declared therein. I remain holder of the Note in exclusive equity and it is Mandatory that after deposit you return the original note for my deposit and holding.

    There is no need for a hearing or any other contract offers; release :scott:'s body immediately upon reception of these orders and true bill today. Reception is Non-Negotiable Acceptance. If any property was stolen it shall be returned to him immediately as well. All unalienable rights reserved and never waived. Violators agree to immediately forfeit their rights, title and interest, up to and including their life if necessary for crimes not limited to High Treason. Non-negotiable. With Prejudice.

    I Am asKing you to honorably and peacefully UnderStand Me. It is Ordered.

By: :Connie: I Am that I Am, Bailor, Subrogor, POA

"Blessed are the peace makers for they shall be called the sons of God." -Matt 5:9

```
                                    Instrument # CJBIBOE 900999-SH        Special Deposit Only
                                    IRS/Treasury Exemption #547831442     RF 514 552 594 US
                                    INTERNATIONAL BILL OF EXCHANGE        RF 514 552 594 US
   BAIL, COUNTER-BOND ORDER, BUY-BACK, INDEMNITY AND SUBROGATION; EXCLUSIVE EQUITY TITLE FOR SCOTT LEE HUSS JR
NON-NEGOTIABLE BANKER'S ACCEPTANCE       MARCH THIRTY FIRST TWO THOUSAND TWENTY-FIVE
From the Office of:                      Redeemable in Lawful Currency of Exchange (12 USC § 411)
The General Executor of the Trust/Estate      Date: MARCH 31, 2025
of CONNIE JOY BEDWELL                         Code 96, UNCITRAL RULES
                                              Articles 1-7, 11-13, 46 sec. 3, 47 sec. 1, 53
Drawer and Location:                          Federal Trace Exemption# G 88567529
Private Banker Executor Office                Account #: 547831442 Foreign #: 986094629
Connie Joy Bedwell, EX                        Registered Security UCC-1 (AK) 2023-010793-1
9241 OLD STATE HIGHWAY #376
NEWCASTLE, NATION OF CALIFORNIA                "As Good as Avail"
"Without" the "United States" [28 U.S.C. § 1746(1)]   "Accord and Satisfaction"
Payable on Demand, Non-Interest Rate Note Series #CJBIBOE-900999-SH   At: Sight Days After: N/A
Promise to Pay:                                Amount: ($10,000,000,000.00)
The Bearer or the Order of UNITED STATES - as debt obligation   **CERTIFIED FUNDS**
for credit to:                                 REMIT AT PAR VIA FEDWIRE
```

US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA, FOR BAIL, TENDER FOR SETTLEMENT AND CLOSURE, SET-OFF, *BUY-BACK, COUNTER-BOND, INDEMNITY AND SUBROGATION, EXCLUSIVE EQUITY TITLE FOR SCOTT LEE HUSS JR,* SCOTT L. HUSS JR NAME, MIND, BODY AND SOUL, SSA: 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, BIRTH CERTIFICATE: 109-1997-134989, FED ID: 68473-511 & ALL COURT CASES #'S: 25-CR-20087-MOORE-D'ANGELO, OR ANY UNKNOWN BY SECRET, NON-NEGOTIABLE ORDER TO IMMEDIATELY RELEASE UPON RECEPTION PRIVATE AMERICAN: :Scott's: BODY FROM ANY JAIL OR DETENTION CENTER, SEAL THE ENTIRE CASE(S) FAILURE TO DO SO VIOLATERS AGREE TO FORFEIT THEIR RIGHTS, TITLE, INTEREST AND INCLUDING THEIR LIFE IF NECESSARY FOR HIGH TREASON AND OTHER CRIMES. RECEPTION IS ACCEPTANCE. IT IS ORDERED.

**Amount:** TEN BILLION and ZERO CENTS

This Note [Non-Negotiable Instrument] is Legal Tender for all debts public and private, payable in United States Dollars [USD]
**Maker and Location: (31 United States Code § 3123) Private Banker, for and on behalf of THE CONNIE JOY BEDWELL ESTATE IRS ID # 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

By: :Connie-Joy: _____ Subrogor
:Connie-Joy: Master, Heir, Judge, Executor for
CONNIE JOY BEDWELL ESTATE TRUST without recourse

**TERMS**

This payment will be made against the obligations of the United States or assigns for settlement to that part of the public debt due to its Principles and Sureties once delivered to recipient. This security is a counter-bond, buy-back, indemnity, subrogation, exclusive equity title as Master Holder, satisfaction, setoff, and full settlement of original claimed debt; nullifies and voids same when accepted by the claimant's agent, recipient has accepted this payoff, legal tender as full settlement setoff of claimed debt and settlement under **FRCP, rule 8, the administrative Act of 1946**, and agents, bilateral contracted security acceptance signatory or refusal of legally tendered payoff. **This payoff is to be obtained on this day from the ISSUER at: Department of the Treasury Office of Executive Secretary, 1500 Pennsylvania Avenue NW, Room 3413, Washington, D.C. 20220.**

This Instrument is backed by the full faith and Credit of the United States Government pursuant to 31 United States Code § 3123

Notes, Credit, Debt, Loans Payment/Payoff/Original Issue Discount     United States Treasury Registered Collateral Master Bond # RE 089 212 264 US
TENDER OF PAYMENT Uniform Commercial Code § 3-603(b)

This Certifies that:

I AM THAT I AM, :Connie-Joy:, Sui Juris for the CONNIE JOY BEDWELL (trust) Jus soli on dry land and a Registered Secured Party, Private Banker, Private American, Perfected Security Interest Account Number: UCC-1 #2023-010793-1 hereby unconditionally promise to pay $10,000,000,000.00 USD Depositor and BEARER the full amount specified by this collateral SECURITY, AS GOOD AS AVAIL., FULL SETTLEMENT, AND SET OFF OF CLAIMED DEBT, and FOR VALUE RECEIVED. "seen" "A+ Security" Instrument # CJBIBOE 900999-SH "CONSUMER PURCHASE" FUNDS FROM REDEMPTION ACCOUNT"
VOID WHERE PROHIBITED BY LAW

******** This Negotiable article VIII Security is payable in Lawful money per Title 12 United States Code § 411; Public Law 73-10, Chapter 48 Stat.§ 112;
and FEDERAL RESERVE ACT §16********

NOTICE: The purpose of this instrument is a tender of payment as a special deposit Order of the payor/Beneficiary, and to be credited to Depositor's account for satisfaction and payment in full for settlement of any and all obligations and original must be returned to Master Holder to hold exclusive equity title after deposit for her own deposit and holding.

Public Law 1, 48 Stat (March 9, 1933) Uniform Commercial Code § 3-104-A Article 75; and United Nations (UNCITRAL) Convention on International Bills of Exchange and International Promissory Notes, Articles 2-10, 12, 13, 36, 39, 46(3), 47, & 55, An Obligation (debt) of the United States (12 U.S.C. § 411; 18 U.S.C. § 8; 7 U.S.C. § 1928; 50 U.S.C. § 4305(b)(2))



: Connie: POA : Scott: [HUSS]
c/o PO BOX 316
Newcastle California
Zip Exempt
Non-domestic
Without United States

Chambers of Judge K. Michael
and Heuer Clerk Angela E. Noble
With e D. Ferguson Jr. US Court
400 North Miami Ave Rm
Miami, FL 33128

* Special
* Private
* Confidential
(1:25-CR-20087)

REGISTERED MAIL
RF 514 552 594 US
Label 200, August 2005
PSN 7690-03-000
Retail
RDC 99
33128

FILED BY _____ D.C.
APR 29 2025