IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT FOR FLORIDA

On the Great Public Record

**THE UNITED STATES OF AMERICA**
**U.S. DISTRICT PROSECUTORS**
**SOUTHERN DISTRICT OF FLORIDA**
Hayden Byrne - Lead Prosecuting Attorney,
Daniel Rosenfeld – Assistant Prosecuting Attorney
Petitioner,

v.

**SCOTT LEE HUSS**
Scott as third-party intervenor
**DBA SCOTT HUSS LIVING TRUST**
Counter-Petitioner.



CASE NO.: 25-CR-20087

NOTICE TO CURE DEFAULT AND DEMAND FOR PERFORMANCE

Comes now :Scott:, sui juris, competent, of sound mind and body, without adhesion or joinder to any corporate fictions, standing in exclusive equity on the Great Public Record, hereby giving formal NOTICE that you are in default and dishonor of my **Non-Negotiable Emergency Notice of Equitable Subrogation, Counter-Petition, and Demand for Immediate Release** filed on the public record dated 4/21/25.

You are hereby given THREE (3) hours from the time of reception of this Notice to CURE said default by fully complying with the demands as set forth in my Non-Negotiable Emergency Notice and Prayer of Relief, specifically:

- Dismissing with extreme prejudice the matter captioned Case No. 25-CR-20087.

- Sealing all associated records, instruments, and proceedings.

- Releasing my living body and person from unlawful detention at FDC Miami.

- Collapsing all constructive trusts and implied suretyships created without my consent.

-   Returning all property, securities, bonds, titles, and equitable interests belonging to the Living Trust/Estate known as D A SCOTT HUSS LIVING TRUST.

Failure to cure within the allotted time will constitute further willful trespass, dishonor, bad faith, violation of trust, breach of fiduciary duty, breach of Trust, conversion, personage, peonage, and human trafficking, among other crimes against the Living Man and Divine Creator's Law.

Upon failure to cure, you agree by tacit acquiescence, estoppel and default that:

- Full commercial and equitable liens shall attach to your private and public estates individually and severally.

- You have waived all privileges, immunities, and protections in your private and official capacity.

- You shall be subject to all lawful remedies available in commerce and equity, without further notice.

- You may be charged and liened 3 times the amount of the ten-billion-dollar counter-bond issued by my Subrogor and Power of Attorney.

This Notice is tendered in good faith, without malice, with clean hands, under necessity, under reservation of all unalienable rights, nunc pro tunc, ab initio.

Notice to the Agent is Notice to the Principal. Notice to the Principal is Notice to the Agent.

Date: 4/30/25

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice to Cure was served on the following parties by U.S. Mail and email, this 30th day of April, 2025:

- Clerk Angela E. Noble and Chief Judge K. Michael Moore
- Prosecutors Hayden Byrne and Daniel Rosenfeld- U.S. Attorney's Office, Southern District of Florida  USAFLS.News@usdoj.gov

By: Scott, R.

:Scott:, Real Party in Interest, third-party intervenor, subrogee, beneficiary, grantor, executor, heir, guardian, master.
All Unalienable Rights Reserved



Ellen Harvey
1018 Tropical Ave NW
Pt Charlotte, FL 33948

Clerk Angela E Noble
Southern District of FL
US District Court
400 N Miami Ave Rm 13-1
Miami FL 33128

**UNITED STATES POSTAL SERVICE.**   *Retail*

P   **US POSTAGE PAID**
**$9.60**   Origin: 33948
04/30/25
1178170482-15

**PRIORITY MAIL®**

0 Lb 0.90 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 05/03/25

C075

SHIP TO:
400 N MIAMI AVE
MIAMI FL 33128-1801

**USPS TRACKING® #**



9505 5163 1232 5120 2356 53

