IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT FOR FLORIDA

On the Great Public Record

**THE UNITED STATES OF AMERICA**
**U.S. DISTRICT PROSECUTORS**
**SOUTHERN DISTRICT OF FLORIDA**
Hayden Byrne - Lead Prosecuting Attorney,
Daniel Rosenfeld – Assistant Prosecuting Attorney
Petitioner,

v.

**SCOTT LEE HUSS**
Scott as third-party intervenor
**DBA SCOTT HUSS LIVING TRUST**
Counter-Petitioner.



CASE NO.: 25-CR-20087

May 5, 2025

## MOTION TO COMPEL EXECUTION OF REMEDY AND ACKNOWLEDGMENT OF PRIVATE BOND SETTLEMENT

Comes now, Scott, Third Party Intervenor, the undersigned, appearing specially and not generally, as Authorized Agent, Beneficiary, and Settlor for the private trust and estate styled as SCOTT LEE HUSS©, and hereby moves this honorable Court to compel execution of lawful remedy previously submitted under administrative and equitable authority, and states the following:

1. Background and Tender of Remedy

On or about March 29, 2025, Movant (or Subrogor) lawfully submitted a **PRIVATE NON-NEGOTIABLE EMERGENCY WRIT OF EXECUTION FOR HABEAS CORPUS IN CAMERA** with attached Private Bond (IBOE) in the amount of $10,000,000,000.00 USD Ten Billion USD was submitted for remedy, settlement, and closure of the matter styled as Case No. 25-CR-20087, on demand offered in camera and under seal, for the purpose of settlement and closure of all obligations arising under the instant case.

Said Bond was tendered as a secured fiduciary instrument for discharge of debt, fulfillment of trust obligations, and execution of remedy consistent with public policy, equity jurisdiction, and principles of trust and custodial administration.

2. Failure to Perform or Respond

As of the filing of this Motion, the Court has:

• Failed to execute and perform upon the remedy;

• Failed to return the Bond with lawful cause after deposit for subrogor's holding or after failure to deposit by nonacceptance;

• Failed to issue any findings of fact or conclusions of law explaining its inaction.

Such failure constitutes dishonor, administrative default, and breach of trust.

Movant issued a formal **NOTICE TO CURE DEFAULT AND DEMAND FOR PERFORMANCE** on April 30, 2025, the court agents were duly served, affording the Court three hours and zero calendar days to perform, rebut, or return the private remedy offered. No action was taken. A Certificate of Default and Non-Response has since been filed and recorded.

3. Legal and Equitable Basis

Movant relies on the following authority:

• UCC 3-603(b): Tender of payment discharges obligation when unjustly refused.

• Equity maxim: Equity regards as done that which ought to have been done.

• Public Trust Doctrine: The court, as trustee, owes fiduciary duty to act in good faith upon remedy offered by the beneficiary.

• Constitutional right of redress under the First Amendment and due process under the Fifth and Fourteenth Amendments for civilian due process.

4. Relief Requested

Movant respectfully demands and moves this Court to:

1. Acknowledge the Private Bond (IBOE) and its lawful tender as remedy and settlement in full and return to Subrogor for her own holding and deposit in exclusive equity;

2. Compel execution of the remedy as submitted under the Writ of Execution releasing the beneficiary Scott from FDC Miami Jail immediately without delay;

3. Enter the Default judgment and findings of Fact - the true bill Discovery (IBOE) as an exclusive equity title to civilian Scott's name, mind, body and soul;

4. Seal the Bond, Case and all related documents to preserve privacy and equitable standing;

5. Grant the Return of interest to the beneficiary and Subrogor of each of their own instruments, which is just, equitable, and necessary.

All unalienable rights reserved. No corporate authority waived or conferred.

May 5, 2025.

I certify that I served this Motion and Proposed Order by mail to the clerk and email to the Prosecutor.

Executed By: _Scott, R._

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT FOR FLORIDA

On the Great Public Record

**THE UNITED STATES OF AMERICA**
**U.S. DISTRICT PROSECUTORS**
**SOUTHERN DISTRICT OF FLORIDA**
**Hayden Byrne - Lead Prosecuting Attorney,**
**Daniel Rosenfeld – Assistant Prosecuting Attorney**
Petitioner,

v.

**SCOTT LEE HUSS**
**Scott as third-party intervenor**
**DBA SCOTT HUSS LIVING TRUST**
Counter-Petitioner.

CASE NO.: 25-CR-20087

May 5, 2025

**PROPOSED ORDER ON MOTION TO COMPEL EXECUTION OF REMEDY**

Upon consideration of Movant's Motion to Compel Execution of Remedy and Acknowledgment of Private Bond Settlement, and the record in this matter, the Court finds good cause to grant the relief requested.

Accordingly, it is hereby:

ORDERED:

1. That the Private Bond tendered by Movant's Subrogor on or about March 31, 2025 is hereby acknowledged and accepted as deposited specially and submitted under seal;

2. That said Bond is deemed to constitute a valid administrative and equitable remedy for the purposes of discharge, satisfaction, settlement and closure in this matter on demand;

3. That the **PRIVATE NON-NEGOTIABLE EMERGENCY WRIT OF EXECUTION FOR HABEAS CORPUS IN CAMERA** submitted with the Bond is hereby recognized and ordered executed according to its terms;

4. That the Clerk shall ensure the entry of the default judgment against the prosecutor, ensure the Bond and related filings remain sealed, and all entries related thereto reflect compliance with private trust principles and equitable jurisdiction as a civilian;

5. That the beneficiary and subrogor are returned all due interest;

6. That the Court shall consider this matter administratively dismissed, settled, closed and satisfied to the extent the relief requested is now fulfilled.

IT IS SO ORDERED.

Dated this 5th day of May, 2025.   By: Scott, R.

---

Judge Moore

F

US POSTAGE IMI 9567505050172532 2000392556
$1.77
SSK
FCM
05/05/25 Mailed from 33948 028W2312043

USPS FIRST-CLASS MAIL®

1.70 oz
RDC 99

SHIP TO:

MIAMI FL 33128

(420) 33128

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:** Ellen Harvey
1018 Tropical Av NW
Pt Charlotte FL 33948

**TO:** Clerk Angela E Noble
S District of FL US District Court
400 N Miami Ave
Rm 13-1
Miami FL 33128

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

