IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT FOR FLORIDA

On the Great Public Record

**THE UNITED STATES OF AMERICA**
**U.S. DISTRICT PROSECUTORS**
**SOUTHERN DISTRICT OF FLORIDA**
Hayden Byrne - Lead Prosecuting Attorney,
Daniel Rosenfeld – Assistant Prosecuting Attorney
Petitioner,

v.

**SCOTT LEE HUSS**
Scott as third-party intervenor
**DBA SCOTT HUSS LIVING TRUST**
Counter-Petitioner.

FILED BY _____ D.C.

MAY 12 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 25-CR-20087

May 5, 2025

**CERTIFICATE OF ACCEPTANCE OF DEFAULT AND NON-RESPONSE ESTOPPEL; ENTRY OF SUMMARY DEFAULT JUDGMENT**

RE: PRIVATE NON-NEGOTIABLE EMERGENCY WRIT OF EXECUTION FOR HABEAS CORPUS IN CAMERA and Private Bond Tender

NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I, Scott, Third Party Intervenor, Authorized Agent and Beneficiary/Settlor for the Estate and Trust styled as SCOTT LEE HUSS©, do hereby enter this **CERTIFICATE OF ACCEPTANCE OF DEFAULT AND NON-RESPONSE ESTOPPEL; ENTRY OF SUMMARY DEFAULT JUDGMENT** into the private and Great public record.

On March 29, 2025, a formal **PRIVATE NON-NEGOTIABLE EMERGENCY WRIT OF EXECUTION FOR HABEAS CORPUS IN CAMERA** with attached Private Bond (IBOE) dated March 31, 2025 in the amount of $10,000,000,000.00 USD Ten Billion USD was submitted in camera for remedy, settlement, and closure of the matter styled as Case No. 25-CR-20087, on demand by Subrogor :Connie-Joy: [Bedwell].

On April 30, 2025, a **NOTICE TO CURE DEFAULT AND DEMAND FOR PERFORMANCE** was duly served, affording the Court three hours and zero calendar days to perform, rebut, or return the private remedy offered.

As of the date of this certificate, no response, performance, rebuttal, or return of the Bond has been received by the undersigned from any agent or officer of the Court. The period to cure has expired and default and dishonor has been accepted.

**Conclusion**

By operation of law, silence where there is a duty to speak constitutes tacit acquiescence, equitable estoppel, dishonor, and default. Let the public and private record now reflect:

1. The Court agents have refused or failed to execute lawful remedy tendered in good faith;

2. The Fiduciary and Custodial duty of the Court has been breached, resulting in unrebutted administrative default by estoppel;

3. The undersigned retains full right to enforce, perfect, and record this default across any jurisdictions, including this very court, not limited to:

- Commercial lien for three times the amount of the Bond, and demand the return of the Bond to Subrogor

- Private trust enforcement

- Appeal to higher court or equity forum for breach of custodial duty and trust

- International presentation of dishonor

- Notice to surety/bonding agents of default judgment


All unalienable rights reserved. No corporate authority waived or conferred.

May 5, 2025.

I certify that I served this Notice by mail to the clerk and email to the Prosecutor.

Executed By: Scott, R

F

US POSTAGE IMI 9567505051725 32 2000392556
$1.77
SSK
FCM

05/05/25 Mailed from 33948 028W2312043

USPS FIRST-CLASS MAIL®

1.70 oz
RDC 99

SHIP TO:

MIAMI FL 33128

(420) 33128

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Ellen Harvey
1018 Tropical Av NW
Pt Charlotte FL 33948

TO: Clerk Angela E Noble
S District of FL US District Court
400 N Miami Ave
Rm 13-1
Miami FL 33128

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

