FILING FEE
PAID
In Forma Pauperis
Angela E. Noble, Clerk

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT FOR FLORIDA

On the Great Public Record

THE UNITED STATES OF AMERICA
U.S. DISTRICT PROSECUTORS
SOUTHERN DISTRICT OF FLORIDA
Hayden Byrne - Lead Prosecuting Attorney,
Daniel Rosenfeld – Assistant Prosecuting Attorney
Petitioner,

v.

SCOTT LEE HUSS
Scott as third-party intervenor
DBA SCOTT HUSS LIVING TRUST
Counter-Petitioner.

FILED BY _____ D.C.
MAY 12 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 25-CR-20087

May 7, 2025

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN by Scott, Third Party, Subrogee, DBA SCOTT HUSS Living Trust, by special limited appearance, for the defendant, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the indictment in its entirety from this action issued on February 27, 2025. Petitioner seeks relief to be released with the criminal case dismissed with extreme prejudice and sealed for the following grounds.

Petitioner asserts that the prosecution was appointed as a public trustee with fiduciary and custodial duties under civilian, constitutional, and equitable obligations, breached his trust obligations by proceeding in violation of due process, by failing to rebut affidavits, or perform instruments terms properly filed into the record, and by ignoring the fiduciary standards governing prosecutorial discretion.

Furthermore, a default judgment was entered or established based on the prosecution's failure to timely respond, perform or rebut affirmed claims, including the submission of a special deposit bond—a non-negotiable release instrument tendered in good faith for settlement and closure of the case.

The court's failure to recognize this standing and the unrebutted record constitutes a judgment in equity against the prosecution, and the continued detention of the Appellant under these facts represents a breach of public trust, constitutional due process and fiduciary duty, which this Court of Appeals has jurisdiction to review.

This appeal is filed pursuant to 28 USC 3145(b) and 28 USC 1291 as Petitioner is a pre-trial detainee in custody and not sentenced, but seeks immediate remedy and relief in violation of his unalienable constitutional rights.

Respectfully submitted,

Dated: May 7, 2025

**Certificate of service:**

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was served on the clerk and United States Attorney's Office of the Southern District of Florida by mail and email on this 7th day of May, 2025.

By: *Scott, Subrogee*
Scott, Third Party, Subrogee

E Harvey
1018 Tropical Ave NW
Pt Charlotte FL 33948

PRIORITY® MAIL

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States Postal Service®

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

FILED BY ____ D.C.
MAY 12 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of Court Angela E Noble
Southern District of FL
US District Court
400 North Miami Ave Rm 13-1
Miami FL 33128

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$9.60
Origin: 33948
05/07/25
1178170482-23

PRIORITY MAIL®

0 Lb 0.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 05/10/25

C075

SHIP TO:
RM 13-1
400 NORTH MIAMI AVE
MIAMI FL 33128-1812

USPS TRACKING® #

9505 5183 1234 5127 5490 96

USMS INSPECTED
By ____

United States Postal Service®
USPS.COM®
PRIORITY® MAIL

