# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 15, 2025

FILED BY ___JG___ D.C.
May 15, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Elizabeth Ann Blair
Federal Public Defender's Office
Southern District of Florida
150 W FLAGLER ST STE 1700
MIAMI, FL 33130

Federal Defender Organization - Southern District of Florida
Federal Public Defender's Office
Southern District of Florida
150 W FLAGLER ST STE 1700
MIAMI, FL 33130

Scott Lee Huss
c/o E. Harvey
1018 TROPICAL AVE NW
PORT CHARLOTTE, FL 33948

Appeal Number: 25-11655-B
Case Style: USA v. Scott Huss
District Court Docket No: 1:25-cr-20087-KMM-1

## CRIMINAL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Unless counsel was appointed to represent the appellant, pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

*If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

*If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP.

   *If no transcripts are ordered, appellant's brief is due 40 days after **05/14/2025**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Additional Appellant Requirements

1. Guilty Plea Issue: If any issue concerning a guilty plea will be raised, the appellant must ensure that the record includes the transcript of the guilty plea colloquy and any written plea agreement. See 11th Cir. R. 30-1(a)(13).

2. Sentencing Issue: If any issue concerning the sentence will be raised, the appellant must ensure that the record includes (a) the transcript of the sentencing proceeding, and (b) the presentence investigation report and addenda (under seal in a separate envelope). See 11th Cir. R. 30-1(a)(14).

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Note to Retained Counsel
Eleventh Circuit Rule 46-10(a) states, "Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court."

Motions to Withdraw
Counsel who file a motion to withdraw from a criminal appeal must also comply with 11th Cir. R. 27-1(a)(7), (a)(8). In addition, a motion to withdraw as counsel stays only briefing on appeal; it does not stay other deadlines. See 11th Cir. R. 31-1(b).

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CRIM 1 - Notice of Docketing

FILING FEE
PAID
In Forma Pauperis
Angela E. Noble, Clerk

## IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT FOR FLORIDA

### On the Great Public Record

THE UNITED STATES OF AMERICA
U.S. DISTRICT PROSECUTORS
SOUTHERN DISTRICT OF FLORIDA
Hayden Byrne - Lead Prosecuting Attorney,
Daniel Rosenfeld – Assistant Prosecuting Attorney
Petitioner,

v.

SCOTT LEE HUSS
Scott as third-party intervenor
DBA SCOTT HUSS LIVING TRUST
Counter-Petitioner.

FILED BY _____ D.C.
MAY 12 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 25-CR-20087

May 7, 2025

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN by Scott, Third Party, Subrogee, DBA SCOTT HUSS Living Trust, by special limited appearance, for the defendant, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the indictment in its entirety from this action issued on February 27, 2025. Petitioner seeks relief to be released with the criminal case dismissed with extreme prejudice and sealed for the following grounds.

Petitioner asserts that the prosecution was appointed as a public trustee with fiduciary and custodial duties under civilian, constitutional, and equitable obligations, breached his trust obligations by proceeding in violation of due process, by failing to rebut affidavits, or perform instruments terms properly filed into the record, and by ignoring the fiduciary standards governing prosecutorial discretion.

Furthermore, a default judgment was entered or established based on the prosecution's failure to timely respond, perform or rebut affirmed claims, including the submission of a special deposit bond—a non-negotiable release instrument tendered in good faith for settlement and closure of the case.

The court's failure to recognize this standing and the unrebutted record constitutes a judgment in equity against the prosecution, and the continued detention of the Appellant under these facts represents a breach of public trust, constitutional due process and fiduciary duty, which this Court of Appeals has jurisdiction to review.