| | |
|---|---|
| **From:** | ellen harvey |
| **To:** | FLSDdb_efile DAngelo; ▮▮▮▮▮ |
| **Subject:** | access per your order |
| **Date:** | Monday, May 19, 2025 5:58:10 AM |

**CAUTION - EXTERNAL:**

Dear Honorable Judge D'Angelo,

I am writing in regard to inmate Scott Huss (Register Number 68473-511), currently housed at FDC Miami, in connection with case number 25-CR-20087.

Mr. Huss has been deemed competent to represent himself in his ongoing legal proceedings by you.

As such, it was recommended that he be granted a minimum of 6 to 8 hours per day of access to the law library to adequately prepare his defense. However, it has come to my attention that he is currently being allowed only one hour of access daily because of lockdown and restrictions.

Given the importance of ensuring Mr. Huss's constitutional right to prepare his own defense, I respectfully request that his law library access be adjusted in accordance with the prior recommendation.

Please let me know if further information or documentation is needed to support this request.

Thank you for your attention to this matter.

Sincerely,
Ellen Harvey

▮▮▮▮▮

▮▮▮▮▮

Scott's Mother

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.