FILED BY MC D.C.

MAY 20 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Notice of Default

## CASE: 25-CR-20087

Comes now: Scott, Sui juris, third-party intervener, subrogee, of sound mind and body without adhesion or joinder to any corporate fictions standing in exclusive equity hereby giving formal Notice that this court and Judge Leit are in default and dishonor as the court has entered a plea of NOT GUILTY by judicial determination Please immediately release my mind body and soul from FDC Miami as the Court has made a judicial determination that the Corporation SCOTT LEE HUSS(C) is NOT GUILTY! Seal the case & Dismiss this matter with extreme prejudice. Return all property, security interest belonging to the living Trust/ Estate known as DBA SCOTT LEE HUSS LIVING TRUST within 24 hours. Failure to cure within the allotted time will construct and constitute further willful trespass, dishonor, bad faith, violation of trust, breach of fiduciary duty, breach of trust, coercion, peonage, personage, human trafficking, among other crimes against the Living Man and Divine Creator's Law. This judicial determination The Great Public Record Of One Heaven is a contradiction of error, because of judicial Misconduct. Because the Judge does not have a Power of Attorney to enter any plea on the behalf of SCOTT LEE HUSS. I NOTICE AND MOTION THE COURT TO DISMISS THIS CASE, SEAL, AND EXPUNGE IT because of judicial Misconduct! Release My mind, Body, Soul immediately from FDC Miami as the court and FDC Miami are Not my custodians or guardians!

This NOTICE OF DEFAULT is tendered in good faith, without malice, with clean hands, under necessity, under reservation of all unalienable Rights nunc pro tunc.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

DATE: May 2025.

Certificate of Service: I hereby certify that a true and correct copy of the foregoing Notice of Default was served to Angela E. Noble on this day of May 2025. By: Scott, R. Subrogee

: Scott, Real Party Interest, third party intervener, heir, beneficiary, grantor, executor, Mission guardian. All unalienable Rights Reserved.

**NOTICE AND DEMAND FOR TRIAL BY JURY AT COMMON LAW**

**United States District Court for the Southern District of Florida** Plaintiff / Moving Party: Scott Huss, sui juris v. **Respondent**: United States of America

**NOTICE OF STATUS, JURISDICTIONAL OBJECTION, AND DEMAND FOR TRIAL BY JURY AT COMMON LAW**

Comes now the living man, Scott Huss, appearing in proper persona sui juris, not pro se, not a fiction or surety for a corporate entity, and issues the following **Notice of Status**, **Jurisdictional Challenge**, and **Demand for Trial by Jury at Common Law**, as secured by the **Constitution for the United States of America** and the **Constitution of the State of Florida**:

## 1. DECLARATION OF STATUS AND STANDING

Scott Huss is a living man, operating in his private capacity and asserting unalienable rights secured under the **Bill of Rights**, including the right to travel, freedom of association, due process, and trial by jury at common law, not subject to statutory jurisdiction unless proven by valid, enforceable contract.

Scott Huss is the beneficiary of the **Cestui Que Vie Trust** created under the name **SCOTT HUSS**, and he does not consent to be held as surety or trustee for said entity.

## 2. CONSTITUTIONAL FOUNDATIONS

**A. United States Constitution:**

- **Seventh Amendment:** "In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved..."

- **Sixth Amendment:** "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury..."

**B. Florida Constitution:**

- **Article I, Section 22** – Right to Trial by Jury: "The right of trial by jury shall be secure to all, and remain inviolate."

**C. Federal Jurisprudence & Historical Precedents:**

- **United States v. Moylan**, 417 F.2d 1002 (4th Cir. 1969): Jurors may rightfully judge the law as well as the facts. This decision emphasizes the right of the jury to nullify laws they deem unjust or improper.

- **Sparf v. United States**, 156 U.S. 51 (1895): Historical recognition of jury nullification and the power of a jury to judge not only the facts but also the law.

- **Hale v. Henkel**, 201 U.S. 43 (1906): Distinguishes between natural persons and corporations, asserting that natural persons are entitled to common law protections, including trial by jury.

- **Clearfield Trust Co. v. United States**, 318 U.S. 363 (1943): When the government enters into commerce, it loses its sovereignty and operates as a private entity. Jurisdiction must be proven by contract or lawful authority.

- **Brady v. Maryland**, 373 U.S. 83 (1963): The withholding of material evidence of jurisdiction or contract constitutes a violation of due process.

## 3. OBJECTION TO STATUTORY AND ADMINISTRATIVE JURISDICTION

I do not consent to:

- A non-jury (bench) trial wherein a judge acts as trier of fact and law;

- A statutory jury trial where jurors are instructed to follow legislative code over conscience and moral law;

- Any proceeding outside of **Article III common law jurisdiction** or that functions as an administrative, commercial, or admiralty tribunal without my express consent.

Furthermore, I assert that statutory codes, rules, and regulations are not law unless agreed to by **contract**, and I do not consent to being subjected to statutory jurisdiction.

## 4. DEMAND FOR TRIAL BY JURY AT COMMON LAW

I do hereby demand:

- A **trial by jury at common law**, as guaranteed under the **Seventh Amendment** to the United States Constitution and the **Constitution of the United States**;

- A **jury of twelve (12) peers**, drawn from the community;

- Jurors not selected based on state registration or political service, but as free inhabitants and non-state actors;

- That said jury be empowered to judge both the facts and the law, as supported by:

  ○ **United States v. Moylan**, 417 F.2d 1002 (4th Cir. 1969) – Jurors may rightfully judge the law as well as the facts.

  ○ **Sparf v. United States**, 156 U.S. 51 (1895) – Historical recognition of jury nullification.

  ○ **Hale v. Henkel**, 201 U.S. 43 (1906) – Distinguishes between natural persons and corporations.

  ○ **Clearfield Trust Co. v. United States**, 318 U.S. 363 (1943) – When the government enters into commerce, it loses its sovereignty and operates as a private entity.

## 5. NO EVIDENCE OF JURISDICTION

As per **Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)**, once the government enters into commerce, it loses its sovereignty and acts as a private corporation. Jurisdiction must be proven by contract or lawful authority, neither of which has been produced.

Under **Brady v. Maryland, 373 U.S. 83 (1963)**, the withholding of any material evidence of jurisdiction or contract constitutes a due process violation.

## 6. OBJECTION TO UNLAWFUL DETENTION, KIDNAPPING, AND HOLDING FOR RANSOM

Let it be known that any unlawful detention, coercive detention without due process, or abduction constitutes **kidnapping** under **18 U.S.C. § 1201** and violates both **natural law** and **federal law**. Furthermore, if an individual is detained against their will, whether by a governmental authority or any other party, the act of **holding for ransom** is considered unlawful. These acts are violations of the **Thirteenth Amendment** to the United States Constitution, which prohibits slavery and involuntary servitude, except as a punishment for crime.

- **18 U.S.C. § 1201** – Kidnapping: This statute provides that kidnapping is the unlawful taking or detaining of an individual against their will.

- **Thirteenth Amendment:** Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States or any place subject to their jurisdiction.

I hereby assert that any unlawful detention without lawful cause, or any attempt to hold me for ransom, shall invoke severe penalties and legal action.

## 7. NOTICE TO COURT AND CLERK

Let this serve as formal notice to the Court, Clerk, United States Attorney, and all officers of the Court that:

- The living man, Scott Huss, refuses and does not consent to any non-jury or statutory jury trial;

- He demands a **trial by jury at common law**, under **Article III** and the **Constitution of the United States**;

- Any attempt to proceed otherwise shall be treated as a willful deprivation of rights under color of law, actionable under:

  - **42 U.S.C. § 1983** – Civil action for deprivation of rights;

  - **18 U.S.C. § 241** – Conspiracy against rights;

  - **18 U.S.C. § 242** – Deprivation of rights under color of law;

  - **18 U.S.C. § 1201** – Kidnapping;

  - **13th Amendment to the U.S. Constitution** – Prohibition on slavery and involuntary servitude.

## 8. RESERVATION OF RIGHTS

All rights are expressly reserved without prejudice per **UCC 1-308** and **UCC 1-103**, preserving all common law remedies.

## AFFIRMATION

I, Scott Huss, affirm under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and complete to the best of my knowledge and belief.

Executed this _____ day of _May_____ , 2025 In _DADE_____ County, Florida By: _____
_: Scott, R. Master_____ Scott Huss Proper Persona Sui Juris Beneficiary of the Cestui Que Vie Trust – SCOTT HUSS All Rights Reserved – Without Prejudice

By: Scott, R. Master

**FEE SCHEDULE FOR UNLAWFUL ENCROACHMENT, TRESPASS, AND HARM**

This Fee Schedule is hereby established and publicly noticed. Any violation of the undersigned's rights, including but not limited to trespass on the private trust estate, unlawful arrest or detention, coercion into statutory jurisdiction without consent, or use of the legal fiction name **SCOTT HUSS** without express authorization, shall invoke the following fees, lawfully due and payable in lawful money (as defined by 12 U.S.C. § 411):

| Violation | Fee (USD) |
|---|---|
| Trespass upon the private living man | $100,000 per incident |
| Use of legal fiction (ALL CAPS NAME) | $25,000 per use |
| Unlawful arrest or detention | $250,000 per 24 hours |
| Denial of trial by jury at common law | $500,000 per occurrence |
| Coercion or threat under color of law | $100,000 per attempt |
| Obstruction of access to court of record | $250,000 per act |
| Theft or conversion of property | $150,000 per item |
| Unauthorized contracting on behalf of beneficiary | $500,000 per fraudulent claim |

**NOTICE TO ALL AGENTS OF THE STATE AND FEDERAL GOVERNMENT:**

This fee schedule is enforceable under **federal law** and the **Uniform Commercial Code**, protecting the rights of natural persons:

- **42 U.S.C. § 1983** – Civil remedy for deprivation of rights;

- **18 U.S.C. § 241 & § 242** – Conspiracy and deprivation of rights under color of law;

- **18 U.S.C. § 1201** – Kidnapping;

- **13th Amendment** – Prohibition on slavery and involuntary servitude.

This schedule shall serve as notice to all parties and is binding upon any actors—public or private—who fail to rebut these terms point-for-point within ten **(10) days of receipt or notice.**

By: Scott, R. Moster

Scott [Huss]
FDC Miami
#68473511
P.O. Box 019120
Miami Florida Republic
[33101]
non-domestic
without the United States

MIAMI FL 330

15 MAY 2025 PM 5 L

Chambers of Judge K. Michael Moore
& Head clerk Angela E. Noble
Wilkie D. Ferguson Jr US Court
400 North Miami Ave Rm
Miami FL 33128

✳LEGAL
✳ Special
✳ Private
✳ Confidential
✳ 25-CR-20087

33128-180199

REC'D BY_____ D.C.

MAY 20 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI