UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20087-KMM

UNITED STATES OF AMERICA

v.

SCOTT LEE HUSS,
    a/k/a "jryako,"

    Defendant.
_____/

## JOINT MOTION TO CONTINUE TRIAL

The parties, by and through the undersigned, hereby move for this Court to continue trial and hereby states as follows:

1. On or about February 27, 2025, a grand jury returned an indictment in this case charging the Defendant, *inter alia* with wire fraud, in violation of 18 U.S.C. § 1343, mail fraud, in violation of 18 U.S.C. § 1341, money laundering, in violation of 18 U.S.C. § 1957, and falsely impersonating a diplomat, in violation of 18 U.S.C. § 915. (DE 1).

2. On or about March 27, 2025, the Defendant was arrested in and around Dallas, Texas. (DE 5).

3. On or about April 11, 2025, the Defendant arrived and made his initial appearance in this district.

4. On or about April 16, 2025, the Defendant appeared for a status conference related to his right to proceed *pro se*. (DE 16). The pretrial detention hearing was continued until April 18, 2025.

5. On or about April 18, 2025, the Defendant did not appear due to an unknown scheduling error and the pretrial detention hearing was reset until April 23, 2025.

6. On or about April 23, 2025, the United States moved for, and was granted, pretrial detention. (DE 20).

7. On or about April 23, 2025, the Court entered the Standing Discovery Order.

8. On or about April 25, 2025, AFPD Elizabeth Blair, appointed as standby counsel, moved for a status conference related to the Defendant's desire to represent himself. (DE 28).

9. On or about April 29, 2025, Magistrate Judge D'Angelo set a status conference for May 7, 2025.

10. On or about May 7, 2025, the Defendant did not appear in court due to medical issues. *See* May 7, 2025 Minute Order.

11. On or about May 7, 2025, the United States produced many of the documents it intends to use at trial, including bank records, loan applications, fake checks, and partial extractions of phones to AFPD Blair through USAfx.[1]

12. According to AFPD Blair, she sent the sent the discovery to the Defendant at FDC during the week of May 12, and according to her experience, he should receive the documents by the end of next week, or May 30, 2025.

13. On or about May 13, 2025, the Defendant appeared before Judge D'Angelo for a hearing on self-representation. Following the hearing, the Defendant requested more time to decide whether to represent himself. The Court reset the hearing until May 16, 2025.

14. On or about May 16, 2025, the Defendant advised Judge D'Angelo of his decision to proceed *pro se*. Judge D'Angelo made findings that the Defendant was competent to represent himself and appointed AFPD Blair standby counsel to assist the Defendant should he need assistance.

---

[1] The United States anticipates producing remaining discovery, including financial summaries and copies of phones shortly.

15. On or about May 16, 2025, the undersigned spoke with Defendant and AFPD Blair a trial date in this matter. The Defendant asked for 60 days to prepare for trial.

Discovery in this case is voluminous. The discovery in this case consists of thousands of pages of financial documents, partial extractions of phones, financial tracing analyses, and other documents. The United States has thus far produced approximately 9,700 pages of discovery. Additionally, AFPD Blair informed the undersigned that the Defendant needs special permission from the Warden of FDC to review the discovery given the volume, which she expects the Defendant to receive today (May 20). The United States Attorney's Office has arranged for a flash drive containing the much of discovery to be provided to the Defendant at FDC.

The Defendant has not yet had an opportunity to review the discovery and the United States believes that AFPD Blair has not yet had a chance to review the discovery given the uncertainty of her representation. The United States will provide the Defendant with a provisional exhibit list and the exhibits on Wednesday, May 21 to assist the Defendant in his preparation.

Under the Speedy Trial Act, "unless the defendant consents in writing to the contrary, the trial shall not commence less than thirty days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se." 18 U.S.C. § 3161(c)(2). Here, because the Defendant waived counsel on May 16, 2025, the earliest trial could occur is June 16, 2025.

The United States is prepared to go to trial on June 2, 2025. But, in light of the Defendant's request and his access to discovery, the United States does not oppose the Defendant's request. In terms of scheduling, the United States proposes a trial date of July 28, 2025 to provide the Defendant enough time to review the discovery and make any challenges he might wish to make.

Speedy Trial Calculations

The United States understands the speedy trial clock to have begun when the Defendant first appeared in this district, or on April 11, 2025. *See* 18 U.S.C. § 3161(c)(1). The United States' Speedy Trial Calculations are below:

| Speedy Trial Calculations | | | |
|---|---|---|---|
| Elapsed Time | Days | Excludable Time | Reason |
| April 12–April 24 | 12 days | April 25–April 29 | Motion for Status Conference |
| April 30–May 6 | 7 days | May 7–May 12 | Defendant medically unavailable. *See* 18 U.S.C. § 3161(h)(4) |
| May 13–May 19 | 8 days | May 20– | Joint Motion for continuance |
| **Total:** | **27 days** | | |

With 27 days having elapsed, there are 43 days remaining on the Speedy Trial Act. The United States requests that this Court exclude all time between filing of this motion until the trial date in the interests of justice.

        Respectfully submitted,

        HAYDEN P. O'BYRNE
        UNITED STATES ATTORNEY

By:   */s/ Daniel Rosenfeld*
      Daniel Rosenfeld
      Assistant United States Attorney
      Court ID No. A5503081
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9268
      Email: Daniel.Rosenfeld@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I served a copy on the Defendant, *pro se*, via certified mail at 33 NE 4th Street, Miami, Florida 33132, Reg. No. 68473-511

*/s/ Daniel Rosenfeld*
Daniel Rosenfeld
Assistant United States Attorney