UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20087-KMM

UNITED STATES OF AMERICA

v.

SCOTT LEE HUSS,
    a/k/a "jryako,"

    Defendant.
_____/

**UNITED STATES' NOTICE OF INTENT UNDER FRE 902(11) TO OFFER CERTIFIED RECORDS OF REGULARLY CONDUCTED ACTIVITY INTO EVIDENCE**

The United States of America, by and through undersigned counsel, respectfully provides notice that it intends to authenticate certain government exhibits (identified below) as records of regularly conducted activity pursuant to Federal Rule of Evidence 902(11). The certifications for each of these records have been produced in discovery (at the bates number listed in parentheses). The United States hereby attaches as Exhibit A copies of the 902(11) certifications referenced herein.

- **JPMorgan Chase** (HUSS_008111): PPP and EIDL applications, bank account records (signature cards, account statements, and wire transfers for the accounts of Leadecom (x7285 and x0820); Apex Marketing (x0882); Supremo Sociedad Anonima (x7733) and Temple of the Tao (x2233). GX 1– 11 (**All references to GX refer to Government Exhibits provided to the defendant through his standby counsel on May 21, 2025 and include any sub-exhibits).

- **Sunbiz** (HUSS_009291–3; 009330–32; 009339–41; 009355–57): Incorporation documents and annual filings for Leadecom, Apex Marketing, Supremo Sociedad Anonima, and Temple of the Tao. GX 15.

- **Lendbuzz** (HUSS_008275–76): Contract, payment vouchers, and correspondence. GX 21.

- **Mercedes-Benz Financial Services** (HUSS_008554): Contract, payment vouchers, and correspondence. GX 22.

- **Coinzoom** (HUSS_003086):   Activity history. GX 14.

The United States respectfully requests leave to submit additional notifications as may be necessary.

                                            Respectfully submitted,

                                            HAYDEN P. O'BYRNE
                                            UNITED STATES ATTORNEY

By:   */s/ Daniel Rosenfeld*
       Daniel Rosenfeld
       Assistant United States Attorney
       Court ID No. A5503081
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9268
       Email: Daniel.Rosenfeld@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I served a copy on the Defendant, *pro se*, via certified mail at 33 NE 4th Street, Miami, Florida 33132, Reg. No. 68473-511

*/s/ Daniel Rosenfeld*
Daniel Rosenfeld
Assistant United States Attorney