## DECLARATION

**Case No. : 2024R00763010;2303MIA**

I, Vincent Gray, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 5/14/2024

By: *[signature]*
Vincent Gray
Transactions Specialist IV
JPMORGAN CHASE BANK, N.A.

SB1576300-F1
Subp10a

HUSS_008111



# State of Florida
## Department of State

**CERTIFICATION OF PUBLIC RECORD
PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of THE TEMPLE OF THE TAO INC., document number N94000000630, a corporation organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
April 30, 2024

STATE OF FLORIDA
COUNTY OF Leon
Sworn to (or affirmed) and subscribed before me by means of
[X] physical presence or ( ) online notarization, this 30
Day of April, 2024, by RoseAnn Varnadore

(Notary Signature)
Personally known X
OR Produced Identification
Type of Identification produced

FREDERICA MCCLOUD
Commission # HH 504488
Expires March 17, 2028

*[Page appears to be scanned upside-down/mirrored. Visible content includes a signature and a notary block:]*

STATE OF FLORIDA
COUNTY OF

Sworn to (or affirmed) and subscribed before me by means of ( ) physical presence or ( ) online notarization, this _____ Day of _____, 20____, by _____.

_____
(Notary Signature)

_____ Personally known
_____ OR Produced Identification
Type of Identification produced _____

[Notary stamp: FREDERICA M. JAYNE, Commission # HH 334454, Expires May 15, 2027]

HUSS_009292



# State of Florida
## Department of State

I certify the attached is a true and correct copy of the complete file of THE TEMPLE OF THE TAO INC., a corporation organized under the laws of the State of Florida, filed on February 2, 1994, as shown by the records of this office.

The document number of this corporation is N94000000630.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-ninth day of April, 2024

*Cord Byrd*
Secretary of State

CR2E022 (01-11)

HUSS_009293



# State of Florida
## Department of State

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of LEADECOM LLC, document number L19000017494, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
April 30, 2024

STATE OF FLORIDA
COUNTY OF Leon
Sworn to (or affirmed) and subscribed before me by means of
(X) physical presence or ( ) online notarization, this 30
Day of April 20 24 by RoseAnn Varnadore

(Notary Signature)

Personally known X
OR Produced Identification ___
Type of Identification produced ___

FREDERICA MCCLOUD
Commission # HH 504488
Expires March 17, 2028

HUSS_009330



HUSS_009331



# State of Florida
## Department of State

I certify the attached is a true and correct copy of the complete file of LEADECOM LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L19000017494.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-sixth day of April, 2024

*Cord Byrd*
Secretary of State

CR2E022 (01-11)

HUSS_009332



# State of Florida
## Department of State

**CERTIFICATION OF PUBLIC RECORD**
**PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of SUPREMO SOCIEDAD ANONIMA LLC, document number L19000078988, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
April 30, 2024

STATE OF FLORIDA
COUNTY OF Leon
Sworn to (or affirmed) and subscribed before me by means of
[X] physical presence or ( ) online notarization, this 30
Day of April 2024 by RoseAnn Varnadore

(Notary Signature)

Personally known X
OR Produced Identification ___
Type of Identification produced ___

FREDERICA MCCLOUD
Commission # HH 504488
Expires March 17, 2028



# State of Florida
## Department of State

I certify the attached is a true and correct copy of the complete file of SUPREMO SOCIEDAD ANONIMA LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L19000078988.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-sixth day of April, 2024

*Cord Byrd*
Secretary of State

CR2E022 (01-11)

HUSS_009341



# State of Florida
## Department of State

**CERTIFICATION OF PUBLIC RECORD
PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of APEX MARKETING INC, document number P18000028784, a corporation organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
April 30, 2024

STATE OF FLORIDA
COUNTY OF Leon

Sworn to (or affirmed) and subscribed before me by means of
[X] physical presence or ( ) online notarization, this 30
Day of April, 2024, by RoseAnn Varnadore

(Notary Signature)

Personally known X
OR Produced Identification ___
Type of Identification produced ___

FREDERICA MCCLOUD
Commission # HH 504488
Expires March 17, 2028

HUSS_009355



# State of Florida
## Department of State

I certify the attached is a true and correct copy of the complete file of APEX MARKETING INC, a corporation organized under the laws of the State of Florida, filed on March 26, 2018, effective March 25, 2018, as shown by the records of this office.

The document number of this corporation is P18000028784.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-sixth day of April, 2024

*Cord Byrd*
Secretary of State

CR2E022 (01-11)

HUSS_009357

DocuSign Envelope ID: B831895D-DF26-40AE-82ED-CABEE212E020

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Shir Sadan, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am the Vice President of Operations of Lendbuzz Funding, LLC ("Lendbuzz"). I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Lendbuzz. The attached records consist of Scott Huss, Jr.,'s ("Huss") loan application, audio and written communications between the entity and Huss, and Huss's payment history and related documents, Bates stamped LENDBUZZ_SH0000001 through LENDBUZZ_SH000267.

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Lendbuzz, and they were made by Lendbuzz as a regular practice; and

b. such records were generated by Lendbuzz's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Lendbuzz in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Lendbuzz, and at all times pertinent to the records certified here the process and system functioned properly and normally.

HUSS_008275

DocuSign Envelope ID: B831895D-DF26-40AE-82ED-CABEE212E020

I further state this certificate is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

Date: 6/18/2024    Signature: *Shir Sadan* (DocuSigned by: 46E437A84B9D489...)

HUSS_008276

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __Nandita Shrestha__, attest, under penalties of perjury by the laws
    *Name*
of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Mercedes-Benz Financial Services__
    *Entity*
(hereinafter "the entity"), and my title is __SME__. I am qualified
    *Title*
to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the provider. The attached records consist of __8 PDFs - Various MB sizes__. I further state that:
    *Generally describe records (pages/CDs or DVDs/megabytes)*

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records; and

    2.    the process or system is regularly verified by the entity, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state this certificate is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

01/17/2025
Date                                Signature

HUSS_008554

# CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

CHARLES A. CHRISTOFILIS
Printed Name

GENERAL COUNSEL
Title

COINZOOM
Company Name

4640 S HOLLADAY VLG PLZ 206 SLC UT 84117
Business Address

July 3, 2024
Date of Declaration / Execution

2024R00763-020

HUSS_003086