UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    25-CR-20087-KMM

**UNITED STATES OF AMERICA**

vs.

**SCOTT LEE HUSS,**

      **Defendant.**
_____/

**NOTICE OF APPEARANCE**

      COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant U.S. Attorney has been assigned to the above-captioned case.

      Respectfully submitted,

      HAYDEN P. O'BYRNE
      UNITED STATES ATTORNEY

      By:  /s/ Michael N. Berger
      Michael N. Berger
      Senior Litigation Counsel
      Court No. A5501557
      99 Northeast 4th Street
      Miami, Florida 33132
      (305) 961-9445
      (305) 536-4699 (fax)
      Michael.Berger2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system on May 21, 2025.


By:   /s/ Michael N. Berger
        Assistant United States Attorney