25cr 20087

May 20, 2025

FILED BY ___ D.C.
MAY 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

True Bill

Pay to the order of UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

in the amount of Six Hundred and Five Dollars and zero cents.

[$605.00]

Memo: For appellate filing fee, by special deposit.

Appellate Case No.: 25-11655-B

Case style: USA v. Scott Huss

District Court Docket No: 1:25-cr-20087-KMM-1

By: :Scott:, R.
By: :Scott:, R., Subrogee, Third Party, Master, Heir, Beneficiary, Executor, Private American, Civilian, I Am that I Am
All Unalienable Rights Reserved

Scott
c/o PO Box 316
Newcastle, California [near 95658]
Without United States

SACRAMENTO CA 957
22 MAY 2025 PM 5  L

Clerk of Court / Chambers Moore
400 North Miami Ave Rm 13-1
Miami, FL 33128

* Private
* Special
* Confidential

33128-771699

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MAY 28 2025

REC'D BY _____ D.C.