Case 1:25-cr-20087-KMM   Document 69   Entered on FLSD Docket 06/05/2025   Page 1 of 2

FILED BY _____ D.C.
JUN 04 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Non Negotiable Notice of Order To Release & Notice of Lien

Comes now, I, Scott, the subrogee and beneficiary of the principle account SCOTT LEE HISS, I will not follow through with any trial proceedings. I will not offer my signature on ANY payment bond(s), or sentencing bonds to hold my body as collateral to a debt. It is ORDERED you release my mind, body, soul, and name immediately from FDC Miami. I have made this order over (3) three times to release me; it is NOT by mistake or coincidence. Release my body immediately without delay. This is A formal Notice of a lien for (3) three billion dollars for refusal to follow beneficiary civilian orders. The discovery has yet to be received by Scott on today's date May 28, 2025. Dismiss this case immediately and release my body.

Date: May 28, 2025

By: Scott, R. Master
third-party intervenor, master heir, beneficiary, executor

Scott [Hoss]
FDC Miami
P.O. Box 019120
Miami Florida Republic
[33101]
without United States

*Private
*Legal
*Special

E/W

Chambers Judge K. Michael Moore
400 N. Miami Ave RM 13-1
Miami FL 33128

MIAMI FL 330
2 JUN 2025 PM 6 L

REC'D BY____
JUN 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128-161231