# NON NEGOTIABLE NOTICE FOR DEMAND FOR IMMEDIATE STAY, NOTICE OF LIEN AND ORDER FOR RELEASE OF MY BODY

To: Prosecutor

From: Scott, third-party, intervenor, beneficiary, Civilian Subrogee

Date: May 28, 2025

RE: Refusal to Participate In Commercial Trial / Demand for immediate Release

Case: 1:25-CR-20087-KMM

FILED BY ___ D.C.
JUN 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

This is a formal, NON-NEGOTIABLE NOTICE. Let it be known and entered into the public and private record:

I hereby give NOTICE that I will NOT be participating in any trial proceedings under your jurisdiction, administrative, or otherwise. You are hereby ORDERED to enter an immediate STAY on all proceedings related to this matter for trial, AS I DO NOT CONSENT to the use of my signature, likeness, or legal fiction name of the principal account "SCOTT LEE HUSS" to support or underwrite any payment bond, appearance bond, sentencing bond, or any other commercial instrument(s) designed to hold my body as collateral for any debt or performance. Any such presumption, is expressly DENIED and REBUTTED with extreme prejudice.

Myself and my Powers of Attorney have issued no fewer than three (3) lawful and timely orders/notices for my full release as a civilian who can NOT be tried in any admiralty court, and these notices have been intentionally ignored. My orders as a civilian, beneficiary, and executor of my estate have not been a mistake or coincidence, but the court has willfully acted in dishonor, default, and commercial bad faith and I demand to be released immediately.

YOU are hereby ORDERED to release My name, mind, body, and soul from all false claims, constructive trusts, and commercial bonds without delay. Continued detention or attempted enforcement against me constitutes unlawful servitude and trespass upon a living soul, a protected civilian noncombatant.

Furthermore, this NOTICE serves as a Notice of Lien in the amount of $3,000,000,000 (3 Billion U.S. Dollars) for refusal to comply with beneficiary civilian orders for the summary default judgement issued to you in your capacity as a public trustee or agent or custodian and in your private capacities for grave default against my divine living will.

This Lien attaches immediately to the personal and official bonds, insurance policies, pensions, and assets of all/any accomodating parties who continue to act in dishonor after receiving this notice. If you do not release me immediately upon reception of this notice within (3) three hours.

Let the Record Show: This is Final. This is Lawful. This is non-negotiable. It is Ordered.

Executed: 5/28/2025
I Scott Certify I served this notice to the clerk & judge & prosecutor.

Signed and Sealed

By: Scott, third-party intervenor
Subrogee, beneficiary, Living Soul,
All unalienable Rights Reserved.

Scott [Huss]
#68473511
FDC Miami
P.O. Box 019120
Miami, Florida Republic
[33101] Zip exempt
Without United States

MIAMI FL 330
2 JUN 2025 PM 6 L

Chambers Judge K. Michael Moore
CC: Angela E. Noble — Clerk
400 N. Miami Ave Rm 13-1
Miami FL 33128

REC'D BY_____ D.C.
JUN 04 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

* Confidential
* Private
* Special
* Legal

33128-181231