7011 3500 0001 4671 9584

IN THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA.

NOTICE OF CONTRADICTION OF ERROR, JUDICIAL MISCONDUCT, DEFAULT Judgment

MOTION TO WITHDRAW PLEA AND DISMISS

Case: 25-CR-20087 ON THE GREAT PUBLIC RECORD

THE UNITED STATES OF AMERICA
U.S. Prosecutors
SOUTHERN DISTRICT OF FLORIDA
Hayden O'Byrne
Daniel Rosenfeld
Petitioner

FILED BY [illegible] D.C.
JUN 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

V.

SCOTT LEE HUSS
Scott as third-Party Intervenor
PBA SCOTT HUSS LIVING TRUST
Counter-Petitioner

NOTICE OF DEFAULT, JUDICIAL DETERMINATION, CONTRADICTION OF ERROR AND Motion to Withdraw Plea of Not Guilty & Dismiss

Comes now, I AM THAT I AM, Scott, third party of real interest, Subrogee in exclusive equity, only here by special appearance and only by invitation to settle the matter as a visitor, on jus soli, sui juris, of the age of majority, of sound mind and competent to handle my affairs, with good intentions, with clean hands, under the divine creator, under the organic Constitution of December 15, 1791, rebutting all the presumptions of the Roman Cult in accordance with Canon 3228, expressing suretyship as the third party, subrogee, grantor, guardian, donor, executor, master, beneficiary, and heir, not an enemy of the state, nor a friend of an enemy of the state, a divine being, in pro se Triformis, implied surety, expressing this notice on The Great Public Record of One Heaven NOT a private Guild Matter, demanding to examine your public oaths and bonds accepted for special deposit. I remove all consent to this court's jurisdiction and withdraw the plea, motion the court to Dismiss with extreme prejudice for judicial misconduct, lack of personal subject matter and jurisdiction, Demanding proof of jurisdiction immediately be provided within 3 hours. The charging instruments have been accepted with honor for value and consideration in return for post settlement and closure using my exemption as this account is pre-paid and exempt from Levy. Release my body, mind and soul immediately from FDC Miami and perform your Fiduciary Duty under the Power of Appointment

to Settle AND Close this case, return all bonds, Security interest, bid bonds, performance bonds, payment bonds.
Failure to release my body will result in summary judgement against the court and all actors of the court will be subject to full liability and responsibility for unlawful violations, of my unalienable rights under the Bill of Rights, You have been ordered multiple times and are in grave dishonor and default and are NOT immune to being charged ANY Amount I deem necessary for damages, injuries to my flesh and blood, You are not immune from being defaulted or liened of all titles, interest, liberty and life in each BAR Members private capacities or for acting as Executor De son Torts over my Living Trust/Estate Without my consent or permission in violation of my living will.
I DO NOT PLEAD GUILTY OR NOT GUILTY ON the performance bond, I accept the bond for value consideration in return for post settlement and closure of this case. My fee schedule has been submitted to the court and the billing hours have begun.

Solomn Prayer of Rogation for Relief and Orders:

Petitioner respectfully Requests, Prays, and orders the court:

- complete Dismissal of charges and sealing of the criminal case as the facts stated herein warrant it along with immediate release of my body from FDC Miami Jail upon reception of this Sovereign rogation.
- It is ordered: return all stolen property by agents posing unlawfully as government and return all interest, and notes and bonds that belong to me.
- It is ordered: collapse the constructive trust under the Doctrine of Trust Merger as I have expressed my will and wishes with extreme prejudice!
- Recuse the judge for obvious bias & Notice of intent to Appeal All judicial errors/misconduct.

Affirmation - I declare under the laws of the divine Creator that the foregoing is true.
Certificate of Service - I certify I served this document to the clerk and Judge of the Southern District of Florida U.S. District court
Clerk Angela E. Noble, Judge K Michael Moore

5/24/2025 By: Scott, R Moster

By: scott, third party intervenor, subrogee, grantor, master, heir, beneficiary, executor I AM THAT I AM with all rights of Regis reserved.



Scott [Huss] #68473-511
FDC Miami
P.O. Box 019120
Miami FL 33101

CERTIFIED MAIL™

7011 3500 0001 4671 9584

Chambers of Judge K Michael Moore
and Head Clerk Agela E Noble
Wilkie D. Ferguson JR US Court
400 N. Miami Ave Rm 13-1 Miami FL
33128

MIAMI * Legal
2 JUN 2025 PM 6 L

REC'D BY________ D.C.
JUN 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128877 16 C075

FOREVER

* Special
* Private
* Confidential
* Legal
* 25-CR-20087