IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
ON THE GREAT PUBLIC RECORD
THE UNITED STATES OF AMERICA
U.S. PROSECUTORS
Hayden O'Byrne —
Daniel Rosenfeld —
Petitioner,

SCOTT LEEHUSS
Scott as third-party Intervenor
D/B/A SCOTT HUSS LIVING TRUST
Counter-Petitioner
CASE NO: 25-CR-20087
DATE:

FILED BY _____ D.C.
JUN 10 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MOTION TO COMPEL EXECUTION OF REMEDY AND ACKNOWLEDGEMENT OF PRIVATE BOND SETTLEMENT

Comes now, Scott, third party intervenor, the undersigned, appearing specially not generally, as Authorized Agent, Beneficiary and Settlor for the private trust and estate styled as SCOTT LEEHUSS©, and hereby moves the court to compel execution of lawful remedy previously submitted under administrative and equitable authority, and states the following:

1) Background and Tender of Remedy
On or about March 29, 2025, Movant (or Subrogor) lawfully submitted a PRIVATE NON-NEGOTIABLE EMERGENCY WRIT OF EXECUTION FOR HABEAS CORPUS IN CAMERA with attached Private Bond (IBOE) in the amount of $10,000,000,000.00 USD Ten Billion USD was submitted for remedy, settlement and closure of the matter styled as Case NO: 25-CR-20087, on demand offered in camera and under seal, for the purpose and settlement and closure of all obligations arising under the instant case.

Said Bond was tendered as a secured fiduciary instrument for discharge of debt, fulfillment of trust obligations, and execution of remedy consistent with public policy, equity jurisdiction, and principles of trust and custodial administration.

2) Failure to Perform or Respond
As of the filing of this Motion, the court has: Failed to execute and perform under upon the remedy; Failed to return the Bond with lawful cause after deposit for Subrogor's holding or after failure to deposit by nonacceptance; Failed to issue any

findings of fact or conclusions of law explaining its inaction.

Such failure constitutes Dishonor, administrative default, and breach of trust. Movant issued a formal NOTICE TO CURE DEFAULT AND DEMAND FOR PERFORMANCE on ___, 2025, the court agents were duly served, affording the court 3 hours and zero calendar days to perform, rebut, or return the private remedy offered. No action was taken. A certificate of Default and NON-Response has since been filed and recorded.

3) Legal And Equitable Basis:
Movant relies on the following Authority:
UCC-3-603(b): Tender of payment discharges obligation when unjustly refused.
Equity Maxim: Equity regards as done that which ought to have been done.
Public Trust Doctrine: The court, as trustee, owes fiduciary duty to act in good faith upon remedy offered by the beneficiary.
Constitutional right of redress under the First Amendment and due process under the Fifth and Fourteenth Amendments for Civilian due process.

4) Relief Requested
Movant respectfully demands and moves this court to:
1) Acknowledge the Private Bond (IBOE) and its lawful tender as remedy and settlement in full and return to Subrogor for her own holding and deposit in exclusive equity;
2) Compel execution of the remedy as submitted under the Writ of Execution releasing the beneficiary Scott from FDC Miami immediately without delay;
3) Enter the Default Judgement and Findings of Fact - the true bill discovery (IBOE) as an exclusive equity title to civilian Scott's name, mind, body and soul;
4) Seal the Bond, case and all related documents to preserve privacy and equitable standing;
5) Grant the Return of Interest to the beneficiary and Subrogor of each of their own instruments, which is just, equitable, and necessary.

All unalienable Rights Reserved. No Corporate Authority waived or conferred.
May ___, 2025.
I certify that I served this notice by mail to the clerk and email to prosecutor.
  Executed By: Scott, R.
: Scott:, Real Party interest, third-party intervenor, Subrogee, beneficiary, heir, grantor, executor, master, guardian. All unalienable Rights Reserved.

Scott [Hu__]
68473511
P.O. FDC Miami
P.O. Box 019120
Miami Florida Republic
[33101]

Chambers Judge K. Michael Moore
400 N. Miami Ave RM13-1
Miami FL 33128

*Special
*Private
*Confidential

REC'D BY _____ D.C.
JUN 10 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128-181231