Case 1:25-cr-20087-KMM   Document 79   Entered on FLSD Docket 06/10/2025   Page 1 of 3



IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA ON THE GREAT PUBLIC RECORD

Case No. 25-CR-20087-KMM

UNITED STATES OF AMERICA

v.

SCOTT LEE HUSS
aka "jryako"
Scott, As third-party intervenor

FILED BY MC D.C.
JUN 10 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RESPONSE OF REFUSAL TO CONTRACT WITHOUT DISHONOR TO PROSECUTOR FACTUAL PROFFER

I Am, Scott, by special limited appearance by invitation only as a visitor, a protected non-combatant Civilian, third-party intervenor, Subrogee in exclusive equity of the principal account herein named defendant, I am not an enemy of the State nor a friend of an enemy of the state, on the great public record, and I herein give Formal Non-Negotiable Notice that I refuse to contract without dishonor with the prosecution for any type of plea deal, NOR move through "trial" in a Private BAR guild proceeding, in which, I with extreme prejudice, do NOT offer my signature, nor do I consent in ANY form to sign a payment sentencing bond instrument for private gain for any accomodating parties, nor do I give my consent for any state agent to act as my power of Attorney to use my signature on behalf of me. I also do not consent to an issue of a new indictment.



I herein reiterate that <u>all</u> private BAR guild proceedings of trial set for June 23, 2025 must be Stayed and Halted due to appeal, jurisdictional challenge, and constitutional claims of civilian due process.

I have noticed the court on multiple occasions that I do NOT consent to the private BAR Guild Proceedings, it is Not by mistake or coincidence that I have demanded to be released immediately over (3) three times. I am ordering you to release my body from FDC Miami Detention center immediately and Dismiss the case in its entirety with extreme prejudice.

I certify that I have served this notice upon the prosecutor

Executed June 4, 2025.

By: Scott, R. Master, V.C.

Scott [Hoss]
#68473-511
c/o FDC Miami
P.O. Box 019120
Miami Florida Republic
Non Domestic
[33101] without United States

Chambers Judge Moore & Angela E. Noble
400 N. Miami Ave RM 13-1
Miami FL, 33128

MIAMI FL 330
5 JUN 2025 PM 6 L

* Legal
* Special
* Private
* Confidential

33128-181231