# COURT MINUTES

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**          Date: 6/10/2025   Time: 10:00 a.m.

Defendant: Scott Lee Huss            J#: 68473-511   Case #: 25-CR-20087-MOORE(s)

AUSA: Karen Rockland                   Attorney: AFPD; Elizabeth Blair (Standby Counsel)

Violation:   Wire Fraud; Mail Fraud; Money Laudering and Impersonating a Foreign Diplomat, Consul or Offical

Proceeding: Arraignment on Superseding Indictment       CJA Appt:

Bond/PTD Held: ○   ○          Recommended Bond:

Bond Set at: Pretrial Detention                      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language: English

☐ Report to PTS as directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:

Brady Order Given 4/23/25

Indictment read into the record.

**Defendant Arraigned.**

Standing Discovery order  entered.

Time from today to _____ excluded
from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:                Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. **10:22:34**                          Time in Court: **24 mins**