UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20087-CR-KMM

UNITED STATES OF AMERICA

v.

SCOTT LEE HUSS,
    a/k/a "jryako,"

    Defendant.
_____/

## GOVERNMENT'S SECOND RESPONSE TO THE STANDING DISCOVERY ORDER

    The United States hereby files this second response to the Standing Discovery Order. On or about June 5, 2025, the United States provided a USB drive directly to FDC Miami to be provided to the Defendant, pursuant to court order (DE 63). The USB contained discovery bates numbered SH_000001 - SH_016265, along with the Trial Exhibits numbered 1–22.

                                        Respectfully submitted,

                                        HAYDEN P. O'BYRNE
                                        UNITED STATES ATTORNEY

By:    */s/ Daniel Rosenfeld*
        Daniel Rosenfeld
        Assistant United States Attorney
        Court ID No. A5503081
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9268
        Email: Daniel.Rosenfeld@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on June 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served on the Defendant, Scott Huss, Reg No. 68473-511, *Pro Se*, via certified mail at FDC Miami, 33 NE 4th Street, Miami, Florida 33132.

                */s/ Daniel Rosenfeld*
                Daniel Rosenfeld
                Assistant United States Attorney