Notice of Equitable Private Interest



FILED BY _____ D.C.

MAR 05 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Let it be known,

An equitable private interest claims all rights, title, and interest in Case No. 1:25-cr-20087.

Said equitable private interest holds superior equitable claim to any and all derivative, administrative, statutory, or constructive interests associated with the above-referenced matter.

Notice is hereby given that if any living man or woman asserts a lawful equitable claim adverse to this private interest, such claim must be made in writing and served within seven (7) days from receipt of this Notice.

Send any and all claims to notary at:

Po Box 1768

Snellville, Ga 30078

Failure to rebut within the time stated shall constitute acquiescence and agreement that the equitable private interest stands unrebutted and in full effect.

All rights reserved.

Without prejudice.

Date: 2/27/26

By: Scott, R

Scott Lee Huss



Scott Huss
#68473511
PO Box 1027
Coleman FL 33521

TAMPA FL 335

REC'D BY 3 MAR 2026 PM 4 L

MAR 05 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of Court Angela No
S District
400 N Miami Ave
Miami FL 33128

33128-771699